Submit this form by e-mail to:

Case 2:21-cr-00244-VAP   Document 6   Filed 04/26/21   Page 1 of 1   Page ID #:81

FILED
CLERK, U.S. DISTRICT COURT
04/26/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DM___ DEPUTY

CrimIntakeCourtDocs-LA@cacd.uscourts.gov — For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov — For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov — For Riverside criminal duty.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
PLAINTIFF
v.
Mirela Todorova
USMS# _____
DEFENDANT

CASE NUMBER: 2:21-mj-02036

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 04/23/2021 6:30   ☐ AM  ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:

   21 U.S.C. § 841(a)(1), (b)(1)(C)

5. Offense charged is a:  ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1988

8. Defendant has retained counsel:  ☐ No
   ☒ Yes   Name: Alex Kessel   Phone Number: 818-995-1422

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: SA Caleb Hodgson   (please print)

12. Office Phone Number: 213-304-8300

13. Agency: DEA

14. Signature: Caleb Hodgson

15. Date: 04/26/2021

CR-64 (09/20)                    REPORT COMMENCING CRIMINAL ACTION