Re: <u>USA v. Mirela Todorova</u>, Case No.: 2:21-cr-00244-VAP

<u>Attachment "A" to Defendant's Application for Reconsideration of Detention Order</u>

Defendant Mirela Todorova hereby requests this Honorable Court to reconsider its Detention Order dated April 26, 2021, and submits the following circumstances warrants a release upon certain conditions:

1. Defendant's father and mother are willing to offer a higher bond amount secured by full deeding of their personal residence. Defendant's parents are both fully employed and have strong community ties to the Central District of California.

2. Defendant's father and mother are willing to be Third Party Custodians for their daughter while on pretrial release.

3. New discovery received from the Government establishes mitigating facts bearing on fight risk and public danger, which was not previously presented to the court.

4. The Government's reference to the charge of distributing drugs causing death is mitigated by the grand jury's return for a No Bill for that charge.

5. The defendant has a minor prior criminal record.

6. The defendant has strong community ties.

7. The defendant is a United States citizen.

8. The defendant is a minor participant.

9. The defendant has both a bachelor's and master's degree.

10. The defendant has retained counsel.

11. The initial pretrial service report recommends a release upon certain conditions.

12. Additional conditions of release including but not limited to, location monitoring, drug testing and intensive pretrial supervision, can offset any flight or public danger risks.