TRACY L. WILKISON, United States Attorney,
SCOTT M. GARRINGER, Assistant United States Attorney, Chief, Criminal Division
PATRICK CASTAÑEDA  (Cal. Bar No. 319431)
Assistant United States Attorney
312 N. Spring Street, Ste. 1400, Los Angeles, CA 90012

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) v. | 2:21-cr-00244-VAP-MRW |
| MIRELA TODOROVA | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | **OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☑ Lodged: **(List Documents)**

Under Seal   GOVERNMENT'S DOCUMENT UNDER SEAL; GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING DOCUMENTS; DECLARATION OF PATRICK CASTANEDA AND PROPOSED ORDER SEALING DOCUMENTS.

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

November 17, 2021
Date

/s/ PATRICK CASTAÑEDA
Attorney Name

UNITED STATES OF AMERICA
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)   **NOTICE OF MANUAL FILING OR LODGING**