# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**MINUTES - DETENTION HEARING - REVIEW/RECONSIDERATION OF BAIL / DETENTION ORDER - NEBBIA HEARING**

Case No. CR21-00244-VAP     CourtSmart CS 11/19/21     Date: November 19, 2021

Present: The Honorable Michael R. Wilner, United States Magistrate Judge, U.S. Magistrate Judge

Alma Felix, Relief CRD          Patrick Castañeda          N/A
*Deputy Clerk*          *Assistant U.S. Attorney*          *Interpreter / Language*

USA v. Mirela Todorova
REG 01008-506

☒ Present  ☒ Custody  ☐ Bond  ☐ Not present

Attorney Present for Defendant:
Mark Andrew Hover

☒ Present  ☐ CJA  ☒ Retd  ☐ DFPD  ☐ Not present

**PROCEEDINGS: DETENTION HEARING**

- ☐ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
- ☐ Witnesses CST (see separate list).   ☐ Exhibits Marked/Admitted (see separate list).
- ☐ Court orders that exhibits be returned to the respective counsel / party of record.
  - ☐ See Receipt for Release of Exhibits to Counsel.
- ☐ Counsel stipulation to bail.
- ☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted.
- ☐ Court ORDERS DEFENDANT PERMANENTLY DETAINED. See separate detention order.
- ☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.
- ☐ **Court sets bail at: $ _____ .**   ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE**.
- ☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
- ☐ Court orders further detention / bail hearing to be set on _____ at _____ ☐a.m. / ☐p.m. in Courtroom _____ before Judge _____ .
- ☐ Court orders case continued to _____ at _____ ☐a.m. / ☐p.m. for _____ , in Courtroom _____ before Judge _____ .
- ☐ Release Order Issued - Release No. _____ .
- ☐ Other: _____

**PROCEEDINGS:** ☒ **REVIEW / RECONSIDERATION OF BAIL / DETENTION ORDER - BOND HEARING**
☐ **NEBBIA HEARING**

Hearing on ☐ Plaintiff's ☒ Defendant's request for review / reconsideration of bail / detention order had and request is:
☐ GRANTED  ☐ DENIED  **X CONTINUED**

Court ORDERS bail as to the above-named defendant ☐ **modified to** ☐ **set at: $ _____**
☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.**

- ☐ Bond previously set is ordered vacated.
- ☐ Court orders defendant permanently detained. See separate order.
- ☐ Court denies request for bail, defendant shall remain permanently detained as previously ordered.
- ☐ Witnesses CST (see separate list).   ☐ Exhibits Marked / Admitted (see separate list).
- ☐ Court orders that exhibits be returned to the respective counsel / party of record.
  - ☐ See Receipt for Release of Exhibits to Counsel.
- ☐ Case continued to _____ at _____ ☐ a.m. / ☐ p.m. for _____ before Judge _____ in Courtroom _____ .
- ☐ Nebbia conditions are satisfied and the Government approves the bond package as presented to the Court.
- ☒ Other  At the request of defendant, the hearing on the bail review application was taken off calendar without substantive consideration. Defendant may contact Judge Wilner's chambers to request a new hearing date. Defendant is reminded of the Court's instruction to provide additional material or briefing to the Court, Pretrial Services, and the government in advance of any renewed hearing.

Release Order Issued - Release No. _____    : 15

Deputy Clerk Initials  AF

M-46 (06/10)   MINUTES - DETENTION HEARING - REVIEW/RECONSIDERATION OF BAIL / DETENTION ORDER - NEBBIA HEARING