TRACY WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
PATRICK CASTAÑEDA (Cal. Bar No. 319431)
JASON C. PANG (Cal. Bar No. 296043)
Assistant United States Attorneys
International Narcotics, Money Laundering,
& Racketeering Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0637/2652
     Facsimile: (213) 894-0142
     E-mail:    patrick.castaneda@usdoj.gov
                Jason.Pang@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-00244-VAP |
|---|---|
| Plaintiff, | UNOPPOSED EX PARTE APPLICATION TO SET NEW PRETRIAL DEADLINES |
| v. | |
| MIRELA TODOROVA, aka "Mirela Dimitrova Todorova" and "Mimi Todorova," | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Jason C. Pang, hereby files ex parte for an order setting new pretrial filing deadlines in advance of the January 4, 2022 trial date set by the Court at the November 29, 2021 status conference.

Defense counsel Alex Kessel does not oppose this ex parte application.

This application is based upon the attached declaration of Assistant United States Attorney Jason C. Pang, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: November 30, 2021         Respectfully submitted,

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division


         /s/
JASON C. PANG
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF JASON C. PANG**

I, Jason C. Pang, declare as follows:

1. I am an Assistant United States Attorney ("AUSA") in the United States Attorney's Office for the Central District of California, and I am one of the AUSAs assigned to this matter.

2. On November 19, 2021, the government filed a joint stipulation to continue the trial date from November 30, 2021 to April 5, 2022. (Dkt. 36.)

3. Based on information and belief, at a status conference on November 29, 2021, the Court denied the parties' request for an April 2022 trial date and, instead, continued the trial date to January 4, 2022 and the final pretrial conference to December 20, 2021.

4. The Court's Criminal Motion and Trial Order requires that any pretrial motions be filed at least 28 days before the final pretrial conference. (Dkt. 23.) Based on a pretrial conference date of December 20, 2021, which was set yesterday, the deadline to file all pretrial motions lapsed over a week ago. Likewise, the parties require additional time to prepare, exchange, and file proposed jury instructions and any special verdict forms.

5. Accordingly, the government requests that the Court set the following briefing schedule for the filing of all pretrial motions, including motions to suppress and motions *in limine* (as permitted by the Court's Criminal Motion and Trial Order, Dkt. 23), jury instructions, and any special verdict forms:

   a. All pretrial motions must be filed no later than December 7, 2021;

   b. Any oppositions to motions must be filed no later than December 13, 2021; and

1              c.    Proposed jury instructions and special verdict forms,
2  if any, must be filed no later than December 17, 2021.
3        6.    On November 30, 2021, defense counsel Alex Kessel emailed
4  AUSA Patrick Castañeda that Mr. Kessel does not oppose the proposed,
5  amended pretrial filing deadlines listed herein.
6
7        I declare under penalty of perjury under the laws of the United
8  States of America that the foregoing is true and correct and that
9  this declaration is executed at Los Angeles, California, on November
10 30, 2021.

                                          _____
                                                JASON C. PANG