ALEX R. KESSEL (STATE BAR NO. 110715)
LAW OFFICES OF ALEX R. KESSEL
15910 VENTURA BOULEVARD, SUITE 1030
ENCINO, CA 91436
TELEPHONE: (818) 995-1422
FACSIMILE: (818) 788-9408

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:21-cr-00244-VAP |
| v. | |
| MIRELA TODOROVA | **APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION** |
| DEFENDANT. | **(18 U.S.C. §3142) AND REQUEST FOR HEARING** |

Application is made by ☐ plaintiff ☑ defendant MIRELLA TODOROVA
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☑ Magistrate Judge Michael R. Wilner _____ by order dated: April 26, 2021

    ☑ denying release and imposing detention under subsection ☐ (d) or ☐ (e) of Title 18 U.S.C. §3142; or
    ☐ ordering release upon certain conditions, or
    ☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:
Defense counsel will submit an additional supplement for the Court's consideration.

Relief sought *(be specific)*:
An order granting release upon certain conditions.

Counsel for the defendant and plaintiff United States Government consulted on January 5, 2022
and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Email ~~Telephonic~~ notice given to ☑ AUSA ☐ Defendant's Counsel ☐ PSA ☐ Interpreter ☐ USM ☐ Probation
on January 5, 2022.

An interpreter is ☐ required ☑ not required. Language _____
Defendant is ☑ in custody ☐ not in custody.

| January 5, 2022 | Defendant Mirela Todorova |
|---|---|
| Date | Moving Party |