# EXHIBIT A

**Memorandum in Support of Defendant's Request for Bond Conditions**

**Case No. 2:21-CR-00244-VAP**

# EXHIBIT A

# tice PSYCHIATRY inc.
## Adult, Child and Adolescent

June 5, 2015

Diagnostic Impression
RE: Mirela Todorova
DOB: March 19, 1988

**To Whom It May Concern:**

This letter serves to certify that I have completed a psychiatric evaluation of Ms. Todorova. It is my considered opinion that she suffers from Autism Spectrum Disorder (ASD), DSM-5 ICD-9-CM code 299.00.

Ms. Todorova, while being quite intelligent, has significant deficits in her social-emotional reciprocity as well as deficits in her nonverbal communicative behaviors. In addition, she has restricted, repetitive patterns of behavior, interests and activities, which are hallmarks of ASD.

Furthermore, it is my opinion that her developmental disability, ASD, most certainly limits her ability to respond with typical social appropriateness to persons in authority, such as a police offers in a routine traffic stop. Indeed, as confirmed in interview with her parents, her ASD symptoms have significantly impaired her actions since early childhood.

I certify that the foregoing is true.

Timothy V. Tice, M.D.

Timothy V. Tice, M.D.

ABPN Certifications:
■ Child and Adolescent Psychiatry
■ Psychiatry

| OFFICE | MAIL | PHONE |
|---|---|---|
| 2580 E Main St, Ste 200 | PO Box 849 | 805.653.0088 |
| Ventura, CA 93003 | Ventura, CA | Facsimile |
| www.TiceMD.com | 93002-0849 | 805.653.6748 |