TRACY L. WILKISON, United States Attorney,
SCOTT M. GARRINGER, Assistant United States Attorney, Chief, Criminal Division
PATRICK CASTAÑEDA  (Cal. Bar No. 319431)
Assistant United States Attorney
312 N. Spring Street, Ste. 1400, Los Angeles, CA 90012

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) v. | 2:21-cr-00244-VAP-MRW |
| MIRELA TODOROVA | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed   ☑ Lodged:  (**List Documents**)

Under Seal    GOVERNMENT DOCUMENT UNDER SEAL; GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING DOCUMENT; DECLARATION OF PATRICK CASTANEDA AND PROPOSED ORDER SEALING DOCUMENT.

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

January 10, 2022                             /s/ PATRICK CASTAÑEDA
Date                                         Attorney Name
                                             UNITED STATES OF AMERICA
                                             Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    **NOTICE OF MANUAL FILING OR LODGING**