# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 21-244 VAP | Date | January 12, 2022 |
|---|---|---|---|
| Title | United States v. Todorova | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| Veronica Piper | | CS 1/12/2022 |
| Deputy Clerk | | Court Reporter / Recorder |

| Attorneys for Government: | Attorneys for Defendant: |
|---|---|
| Patrick Castaneda | Alex Kessel, Retained |
| | Mark Hover, Retained |

**Proceedings:** ORDER RE: RECONSIDERATION OF DETENTION

For the reasons stated during the video hearing on Defendant's request for reconsideration of detention, the application is denied. (Docket # 49, 50.) The Court concludes that Defendant failed to present sufficient new evidence to alter the Court's previous evaluation of the risk of Defendant's danger to the community.[1] (Docket # 10.)

The Court further concludes that it does not have a sufficient evidentiary basis to conclude that temporary release from custody is "necessary for preparation of the person's defense or for another compelling reason." 18 U.S.C. § 3142(i).

: 50
Initials of Preparer: vp

---

[1] As noted during our hearing, the Court accepts, but declines to adopt, the release recommendation of Pretrial Services in this action. As a matter of national practice, Pretrial Services investigative officers "do not assess the following factors" that this Court considers under Section 3142: "(a) the weight of the evidence [18 U.S.C. § 3142(g);] (b) whether a rebuttable presumption applies to a defendant [18 U.S.C. § 3142(e)(2);] (c) the potential penalty for the offense charged." Guide to Judiciary Policy, Vol. 8: Probation and Pretrial Services, § 230.