FILED
CLERK, U.S. DISTRICT COURT

2/24/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ VAM _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>MIRELA TODOROVA,<br>   aka "Mirela Dimitrova<br>      Todorova,"<br>   aka "Mimi,"<br>   aka "$clubmimi,"<br>   aka "clubmimi,"<br>   aka "mimiclub,"<br>   aka "123mimi@gmail.com,"<br>   aka "John Mitchell,"<br>   aka "johnmitchell123<br>      @mail.com," and<br>MUCKTARR KATHER SEI,<br>   aka "Kather Sei,"<br>   aka "Kat,"<br><br>            Defendants. | CR 21-244(A)-VAP<br><br>F I R S T<br>S U P E R S E D I N G<br>I N D I C T M E N T<br><br>[21 U.S.C. § 846: Conspiracy to<br>Distribute and Possess with Intent<br>to Distribute Controlled<br>Substances; 21 U.S.C.<br>§§ 841(a)(1), (b)(1)(C):<br>Distribution of Fentanyl Resulting<br>in Death; 21 U.S.C. §§ 841(a)(1),<br>(b)(1)(B)(ii), (b)(1)(C):<br>Possession with Intent to<br>Distribute Controlled Substances;<br>21 U.S.C. § 853: Criminal<br>Forfeiture] |

     The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 846]

[ALL DEFENDANTS]

A.   <u>OBJECTS OF THE CONSPIRACY</u>

Beginning on a date unknown and continuing until on or about March 24, 2021, in Los Angeles County, within the Central District of California, and elsewhere, defendants MIRELA TODOROVA, also known as ("aka") "Mirela Dimitrova Todorova," aka "Mimi," aka "$clubmimi," aka "clubmimi," aka "mimiclub," aka "123mimi@gmail.com," aka "John Mitchell," aka "johnmitchell123@mail.com," and MUCKTARR KATHER SEI, aka "Kather Sei," aka "Kat," conspired with others known and unknown to the Grand Jury to knowingly and intentionally distribute and possess with intent to distribute the following controlled substances:

1.   At least 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(ii);

2.   Methylenedioxymethamphetamine ("MDMA," "ecstasy," or "molly"), a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C); and

3.   Oxycodone, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C).

The distribution and possession with intent to distribute of said oxycodone that was an object of the conspiracy, but which in fact contained fentanyl, resulted in the death and serious bodily injury of R.M., on or about November 16, 2020.

2

B.   MANNER AND MEANS OF THE CONSPIRACY

The objects of the conspiracy were to be accomplished, in substance, as follows:

1.   Defendant TODOROVA would obtain drugs, including cocaine, MDMA, and purported oxycodone pills containing fentanyl from unknown sources.

2.   Defendant TODOROVA would provide various drugs, including cocaine, MDMA, and purported oxycodone pills containing fentanyl, to a network of drug delivery drivers, including defendant SEI, for further distribution to customers.

3.   Defendants TODOROVA and SEI would make, mix, and package drugs for distribution to drug customers.

4.   Defendant TODOROVA would distribute cellphones to drug delivery drivers, including defendant SEI, to facilitate sales and deliveries of drugs to customers.

5.   Defendants TODOROVA and SEI and other drug delivery drivers would provide drugs directly to customers, who paid for the drugs via peer-to-peer financial applications or with cash.

6.   Defendant TODOROVA would pay her drug delivery drivers via peer-to-peer financial applications or with cash.

C.   OVERT ACTS

In furtherance of the conspiracy and to accomplish its objects, on or about the following dates, defendants TODOROVA and SEI, and others known and unknown to the Grand Jury, committed various overt acts within the Central District of California, and elsewhere, including, but not limited to, the following:

Overt Act No. 1:   On or about June 17, 2020, using coded language in text messages, defendant TODOROVA directed defendant SEI

to specific drug customers for drug deliveries and instructed defendant SEI about pricing for drug deliveries.

Overt Act No. 2:   On or about June 19, 2020, defendant TODOROVA provided her CashApp username, "$clubmimi," to defendant SEI via text message to facilitate the transfer of drug payments from customers and wages for defendant SEI's drug-related work.

Overt Act No. 3:   On or about June 25, 2020, using coded language in text messages, defendant TODOROVA directed defendant SEI to deliver various drugs to customers and instructed defendant SEI to come to her apartment with his notes, the remaining drugs, and the cash defendant SEI collected from customers for the drugs, minus his pay for his work.

Overt Act No. 4:   On or about July 10, 2020, in text messages, defendant TODOROVA instructed defendant SEI as follows: "Please try to fit all the deliveries in 6 hours of work. I can't afford to pay more. I suggest 6pm to midnight because there's less traffic but it's up to you. Also, please paste the menu each time a client texts, and text an ETA (of 5 to 40min) as soon as a client texts an address. Don't text me unless it's an emergency. I'll give you a week off starting Sunday and then I'll go to Mexico for a week (you'll make around $200 a day)."

Overt Act No. 5:   On or about July 11, 2020, using coded language in text messages, defendant TODOROVA sent defendant SEI an address in Long Beach, California for a drug delivery, and defendant SEI later responded, "Tell them I am here. White Honda Civic parked to the right at the corner by the Long Beach Cafe sign."

Overt Act No. 6:   On or about July 19, 2020, in text messages, defendant TODOROVA informed defendant SEI, "I'm going to need you for

4

just one short delivery today at 7pm my apt if you want," and
defendant SEI said he would.

Overt Act No. 7:   On or about July 26, 2020, in text messages,
defendant TODOROVA instructed defendant SEI to "come bring the cash,
or CashApp me. Total is $420, plus $60 for the addys if you want to
keep them."

Overt Act No. 8:   On or about July 29, 2020, after a drug
customer asked about defendant TODOROVA's pet jaguar, "[P]rincess,"
defendant TODOROVA replied in a text message, "she's good I'll go see
her next week" and then, using coded language, sent the drug customer
a menu of various drugs including cocaine, MDMA, and Xanax.

Overt Act No. 9:   On or about July 29, 2020, in text messages,
the drug customer replied, "I had some guy text me from your number
named John Mitchell," and defendant TODOROVA responded, "It's my fake
iCloud name[.] This is my phone number text me here."

Overt Act No. 10:   On or about July 31, 2020, using coded
language in text messages, defendant TODOROVA gave defendant SEI a
drug customer's address, told defendant SEI to give the customer ten
Xanax pills, and instructed him to "Park, walk to the backhouse,
climb the outdoor staircase and ring the doorbell. She is home for
sure[.] This is my close friend don't worry."

Overt Act No. 11:   On or about August 1, 2020, in text
messages, defendant TODOROVA instructed defendant SEI to check the
"Notes" section of a cellphone she provided defendant SEI for drug
deliveries and to send the following message: "Delivery available
every night: I have C, M, E, K, addy, xan, pink 2CB, Viagra, norcos,
and mushrooms Cash, CashApp, Zelle, or Apple Pay."

5

1      <u>Overt Act No. 12:</u>   On or about August 4, 2020, using coded
2    language in text messages, defendant TODOROVA informed defendant SEI
3    that she would see him in a week to "divide the cash" and that they
4    would package some MDMA and cocaine "for extra cash, if you have
5    time," and defendant SEI replied "Cool."

6      <u>Overt Act No. 13:</u>   On or about August 6, 2020, using coded
7    language in text messages discussing ketamine, defendant TODOROVA
8    told defendant SEI, "Just remember to say everything is clean."

9      <u>Overt Act No. 14:</u>   On or about August 11, 2020, using coded
10    language in text messages, defendant TODOROVA instructed defendant
11    SEI to bring drug delivery materials to her apartment, and defendant
12    SEI said he would.

13      <u>Overt Act No. 15:</u>   On or about August 24, 2020, in text
14    messages, defendant TODOROVA instructed defendant SEI, "Tomorrow drop
15    off my key (fob), all cash, and all materials inside my door next to
16    my shoes."

17      <u>Overt Act No. 16:</u>   On or about September 19, 2020, using coded
18    language in text messages, defendant SEI asked defendant TODOROVA to
19    make more cocaine, and defendant TODOROVA replied, "Ok."

20      <u>Overt Act No. 17:</u>   On or about September 19, 2020, using coded
21    language in text messages, defendant SEI informed defendant TODOROVA
22    that he did not have any ketamine for a customer, and defendant
23    TODOROVA instructed defendant SEI to come to her apartment for the
24    ketamine.

25      <u>Overt Act No. 18:</u>   On or about September 21, 2020, in text
26    messages, defendant TODOROVA instructed defendant SEI to "Come by if
27    you need any more materials and start driving at 5 or 6pm" and

28

further stated, "You owe me cash later tonight," to which defendant SEI replied, "Yes mimi we know that."

Overt Act No. 19:   On or about September 24, 2020, using coded language in text messages, a drug customer asked defendant TODOROVA if the oxycodone pills contained fentanyl, and defendant TODOROVA replied that the pills were "real and safe."

Overt Act No. 20:   On or about September 26, 2020, using coded language in text messages, defendant TODOROVA informed defendant SEI that she had 41 oxycodone pills, 17 MDMA pills, 49 Adderall pills, 11 xanax pills, ketamine, and cocaine.

Overt Act No. 21:   On or about October 6, 2020, using coded language in text messages, a drug customer informed defendant TODOROVA, "Yo mimi the oxys are dirty," referring to oxycodone pills, and asked whether the pills were pressed or contained fentanyl, and defendant TODOROVA replied that the oxycodone pills were real prescription pills without fentanyl.

Overt Act No. 22:   On or about October 9, 2020, in text messages, defendant SEI told defendant TODOROVA, "Check Zac Melrose. Saying the blues are fake," referring in coded language to oxycodone pills, and defendant TODOROVA replied, "I did thanks."

Overt Act No. 23:   On or about October 10, 2020, using coded language in text messages, defendant TODOROVA instructed defendant SEI, "Hey please check the work phone and start organizing orders."

Overt Act No. 24:   On or about October 12, 2020, using coded language in text messages, defendant SEI informed defendant TODOROVA that he needed take the week off, and defendant TODOROVA replied, "Please work today because I'm still out of town."

Overt Act No. 25:   On or about October 14, 2020, using coded language in text messages, defendant TODOROVA asked defendant SEI to return her apartment keys.

Overt Act No. 26:   On or about November 5, 2020, in text messages, defendant TODOROVA told defendant SEI that defendant TODOROVA "finally" has Venmo and PayPal and that her Venmo username was "@clubmimi" and her Paypal username was "123mimi@gmail.com."

Overt Act No. 27:   On or about November 7, 2020, in text messages, defendant TODOROVA provided defendant SEI with an address and instructed him to "deliver blues," which is coded language for oxycodone pills.

Overt Act No. 28:   On or about November 9, 2020, in text messages, defendant SEI asked defendant TODOROVA if she had "more blues," which is coded language for oxycodone pills, and on or about November 10, 2020, defendant TODOROVA replied, "Tomorrow."

Overt Act No. 29:   On or about November 15, 2020, in text messages, a drug customer contacted defendant TODOROVA for drugs, and defendant TODOROVA replied, "Yes please text order and address to my driver" and provided defendant SEI's personal cellphone number.

Overt Act No. 30:   On or about November 15, 2020, after a drug customer, R.M., placed an order for drugs to defendant TODOROVA's phone number, defendant SEI delivered one gram of cocaine and two purported oxycodone pills containing fentanyl to R.M. at R.M.'s home.

Overt Act No. 31:   On or about November 16, 2020, after R.M. requested a trade of the one gram of cocaine for five purported oxycodone pills containing fentanyl, defendant SEI returned to R.M.'s home, called R.M. from a cellphone that defendant TODOROVA provided defendant SEI for use in coordinating drug sales, and delivered five

additional purported oxycodone pills containing fentanyl to R.M.; the use of the purported oxycodone pills containing fentanyl and delivered by defendant SEI to R.M. on November 15 and 16, 2020, resulted in the death and serious bodily injury of R.M., on or about November 16, 2020.

Overt Act No. 32:   On or about November 16, 2020, after a customer asked for Xanax bars, using coded language in text messages, defendant TODOROVA responded that she would have them at the end of the week when she got back from Mexico.

Overt Act No. 33:   On or about November 17, 2020, in text messages, defendant TODOROVA told a potential drug customer, "I have oxys 30mgs," which is coded language for oxycodone pills.

Overt Act No. 34:   On or about November 17, 2020, in text messages, defendant SEI told defendant TODOROVA that the bill for the cellphone defendant TODOROVA provided defendant SEI for drug deliveries needed to be paid, and defendant TODOROVA later confirmed, "Phone bill is paid."

Overt Act No. 35:   On or about November 17, 2020, in text messages, defendant SEI told defendant TODOROVA, "Since I am by myself all this week. If people want to come pick up please let them."

Overt Act No. 36:   On or about November 17, 2020, after a drug customer ordered cocaine and MDMA, using coded language in text messages, defendant TODOROVA texted defendant SEI's personal cellphone number and provided defendant SEI with that customer's phone number, delivery address, and drug order, stating "Text or call him please with an ETA."

1    <u>Overt Act No. 37:</u>   On or about November 18, 2020, in text

2    messages, defendant TODOROVA then told that drug customer to "Call my

3    driver to find out ETA" and gave the customer defendant SEI's

4    personal cellphone number.

5    <u>Overt Act No. 38:</u>   On or about November 19, 2020, using coded

6    language in text messages, a drug customer asked defendant TODOROVA

7    for MDMA, and defendant TODOROVA replied, "Ok text me your order . .

8    . I'm in Mexico with my jaguar for the next couple days[.] But my

9    driver is available. Then I'll be back in LA."

10   <u>Overt Act No. 39:</u>   On or about November 19, 2020, in text

11   messages, defendant TODOROVA instructed defendant SEI, "If Venmo asks

12   for the last 4 digits of my phone number during a payment, they are

13   7924."

14   <u>Overt Act No. 40:</u>   On or about November 19, 2020, using coded

15   language in text messages, defendant TODOROVA provided a drug

16   customer with defendant SEI's home address to pick up drugs, and

17   instructed one drug customer, "When 10min away, call my assistant

18   waiting for you" and provided defendant SEI's personal cellphone

19   number.

20   <u>Overt Act No. 41:</u>   On or about November 19, 2020, in text

21   messages, defendant SEI told defendant TODOROVA, "Hey, no more pick

22   ups from my house please," and defendant TODOROVA replied, "Ok. I

23   knew you wouldn't like it eventually. I always prefer deliveries bc

24   they're safer."

25   <u>Overt Act No. 42:</u>   On or about November 19, 2020, using coded

26   language in text messages, defendant TODOROVA instructed defendant

27   SEI to inform her if he ran out of cocaine and further stated, "I'll

28   tell you how to make more in 5min."

<u>Overt Act No. 43:</u>  On or about November 20, 2020, using coded language in text messages, a drug customer asked defendant TODOROVA for cocaine, and defendant TODOROVA replied, "I'm on vacation today but call my driver" and provided a phone number corresponding to a cellphone defendant TODOROVA provided to defendant SEI for use in coordinating drug deliveries.

<u>Overt Act No. 44:</u>  On or about November 22, 2020, in text messages, defendant SEI told defendant TODOROVA, "Let me know when you are scheduled to fly back so I know when to leave the door unlocked so you aren't stuck outside again."

<u>Overt Act No. 45:</u>  On or about November 23, 2020, using coded language in text messages, defendant TODOROVA instructed defendant SEI how to make and package cocaine by taking cocaine and lidocaine from under defendant TODOROVA's sink and mixing them in a blender.

<u>Overt Act No. 46:</u>  On or about November 24, 2020, in text messages, defendant TODOROVA responded to a potential drug customer, "Please text my driver directly when you're ready for delivery today or tomorrow" and gave the customer defendant SEI's name, "Kather," and personal cellphone number.

<u>Overt Act No. 47:</u>  On or about November 25, 2020, in text messages, defendant TODOROVA instructed defendant SEI to give "Eric" $5,000 for 1,000 "blues," which is coded language for oxycodone pills, and added that defendant TODOROVA has "met him before. He's a solid friend."

<u>Overt Act No. 48:</u>  On or about November 25, 2020, using coded language in text messages, defendant TODOROVA told defendant SEI that "Eric" had arrived and instructed defendant SEI to "Meet him in your white Honda downstairs."

1     <u>Overt Act No. 49:</u>  On or about November 25, 2020, using coded
2 language in text messages, defendant SEI confirmed receipt of the
3 1,000 oxycodone pills to defendant TODOROVA.

4     <u>Overt Act No. 50:</u>  On or about November 27, 2020, using coded
5 language in text messages, defendant TODOROVA informed defendant SEI
6 that she was on her way to defendant SEI's apartment, and that
7 defendant TODOROVA needed the key to her apartment.

8     <u>Overt Act No. 51:</u>  On or about December 4, 2020, in text
9 messages, defendant TODOROVA told defendant SEI "Someone sent Venmo
10 the day before yesterday to your account by accident," and instructed
11 defendant SEI to "Please cashapp it to me."

12     <u>Overt Act No. 52:</u>  On or about December 11, 2020, in text
13 messages, defendant TODOROVA told defendant SEI to "[c]oordinate"
14 with another drug delivery driver, provided defendant SEI with a
15 phone number for that drug delivery driver, told defendant SEI that
16 defendant TODOROVA forgot to give the other drug delivery driver
17 MDMA, and instructed defendant SEI to "share" MDMA with the other
18 drug delivery driver to deliver to drug customers.

19     <u>Overt Act No. 53:</u>  On or about December 12, 2020, using coded
20 language in text messages, defendant SEI informed defendant TODOROVA
21 that defendant SEI needed more MDMA, and defendant TODOROVA
22 instructed defendant SEI to "come to my apt in 30min."

23     <u>Overt Act No. 54:</u>  On or about December 12, 2020, in text
24 messages, a drug customer informed defendant TODOROVA, "Hey you gave
25 me fentanyl last night[.] Just got out of the hospital almost died[.]
26 Don't sell that oxy which is fentanyl," and defendant TODOROVA
27 replied, "Thanks for letting me know."

28

1        <u>Overt Act No. 55:</u>  On or about December 12, 2020, using coded

2    language in text messages, another drug customer who previously

3    purchased oxycodone pills informed defendant TODOROVA, "Also, just a

4    heads up those blues are very bad. I ended up super sick."

5        <u>Overt Act No. 56:</u>  On or about December 16, 2020, using coded

6    language in text messages, defendant TODOROVA sent a menu of drugs

7    available for sale including cocaine and oxycodone pills to R.M.'s

8    cellphone number even though R.M. had already died.

9        <u>Overt Act No. 57:</u>  On or about December 19, 2020, in text

10   messages, defendant TODOROVA instructed defendant SEI, "Please come

11   to my apt 1pm, let yourself in and give Ashley the two black bags. I

12   think they are still full, but check inside. Then, if you have time,

13   make more baggies for tonight for you and Luis, and call Luis to

14   start by 7pm. All the phones are working normally now. I'm going to

15   sleep until my flight leaves."

16       <u>Overt Act No. 58:</u>  On or about December 20, 2020, using coded

17   language in text messages, defendant SEI informed defendant TODOROVA

18   that defendant SEI had no ketamine, and defendant TODOROVA instructed

19   defendant SEI to come get more ketamine from defendant TODOROVA's

20   apartment.

21       <u>Overt Act No. 59:</u>  On or about December 22, 2020, in text

22   messages, defendant TODOROVA asked defendant SEI if he had both of

23   the "work phones" that defendant TODOROVA gave to her drug delivery

24   drivers to facilitate drug deliveries, as well as the drug proceeds

25   defendant TODOROVA's other drug delivery drivers received; defendant

26   SEI reminded defendant TODOROVA that she collected drug proceeds from

27   the drug delivery drivers herself on Friday night.

28

1    Overt Act No. 60:   On or about December 23, 2020, using coded
2    language in text messages, defendant TODOROVA instructed defendant
3    SEI, "While I'm out of town I prefer a minimum amount of employees,
4    like one or two, not five people handling the cash. So we can keep
5    people accountable."

6    Overt Act No. 61:   On or about December 28, 2020, using coded
7    language in text messages, defendant TODOROVA instructed defendant
8    SEI to make drugs, including ketamine, using supplies from her
9    apartment.

10    Overt Act No. 62:   On or about December 29, 2020, using coded
11    language in text messages, defendant TODOROVA instructed defendant
12    SEI to pick up defendant TODOROVA's mail, make drugs, package drugs,
13    and distribute drugs to other drug delivery drivers, in exchange for
14    an extra $180 for defendant SEI.

15    Overt Act No. 63:   On or about December 29, 2020, using coded
16    language in text messages, defendant TODOROVA informed defendant SEI
17    that her Zelle account was not working and that "We'll have to scroll
18    through the texts to make sure clients didn't get away with canceled
19    Zelle payments and free stuff."

20    Overt Act No. 64:   On or about December 30, 2020, using coded
21    language in text messages, defendant TODOROVA instructed defendant
22    SEI to make MDMA in her apartment by using a hammer and blender.

23    Overt Act No. 65:   On or about December 31, 2020, using coded
24    language in text messages, defendant TODOROVA told defendant SEI that
25    a drug customer without an iPhone would text defendant SEI, and
26    defendant TODOROVA provided defendant SEI with that drug customer's
27    address and drug order for cocaine, MDMA, and ketamine.

28

14

1    <u>Overt Act No. 66:</u>   On or about January 2, 2021, in text

2    messages, defendant TODOROVA instructed defendant SEI to "please reup

3    on G bottles and E from my apt at some point today," and defendant

4    SEI replied, "Where is the E, haven't seen anymore in the apt?"

5    <u>Overt Act No. 67:</u>   On or about January 12, 2021, using coded

6    language in text messages, defendant SEI informed defendant TODOROVA

7    that she had to pay the bill for one of the work phones she

8    distributed to her drivers to facilitate drug sales, and defendant

9    TODOROVA later replied, "It's paid now."

10   <u>Overt Act No. 68:</u>   On or about January 15, 2021, using coded

11   language in text messages, defendant SEI confirmed to defendant

12   TODOROVA that defendant SEI obtained the ketamine, and defendant

13   TODOROVA later replied, "Don't forgot to cook some k in the oven."

14   <u>Overt Act No. 69:</u>   On or about January 18, 2021, using coded

15   language in text messages, defendant SEI informed defendant TODOROVA

16   that defendant SEI worked four days, and defendant TODOROVA replied,

17   "Ok pay yourself $200 less (so only 800 instead of 1000)" and "I

18   would prefer you work the usual 5 days a week, because I hate paying

19   you less and you're an excellent driver. But if you have acting

20   tonight, I understand."

21   <u>Overt Act No. 70:</u>   On or about January 26, 2021, using coded

22   language in text messages, defendant TODOROVA sent a menu of drugs

23   available for sale including cocaine and oxycodone pills to R.M.'s

24   cellphone number even though R.M. had already died.

25   <u>Overt Act No. 71:</u>   On or about January 29, 2021, using coded

26   language in text messages, defendant TODOROVA told defendant SEI that

27   she needed to recover from her trip and instructed defendant SEI to

28   bake ketamine in her kitchen, package drugs for sale, and to help out

two other drivers, and defendant SEI replied, "Hey. Ok cool, I will come over around 4pm."

Overt Act No. 72:   On or about February 1, 2021, using coded language in text messages, defendant TODOROVA instructed defendant SEI to come to her apartment because she needed oxycodone and because she had more cocaine.

Overt Act No. 73:   On or about February 2, 2021, in text messages, defendant TODOROVA instructed defendant SEI, "Today around 6pm please do me a huge favor and give Ashley your work phone and also the bag from my apartment (I'll leave it by the door). Noah already has the other work phone and other bag[.] She won't be able to start without your phone," and defendant SEI replied, "Cool, got it."

Overt Act No. 74:   On or about February 5, 2021, using coded language in text messages, defendant TODOROVA asked defendant SEI who had the remaining oxycodone pills, and defendant SEI replied that the pills were with another driver.

Overt Act No. 75:   On or about February 8, 2021, using coded language in group text messages, defendant TODOROVA told defendant SEI and two other drug delivery drivers to send each customer a menu from the "Notes app of the work phone," record customers' names and specific drug orders, and which "Methods of Payment" to use, including "Venmo to @mimiclub[,] PayPal to 123mimi@gmail.com[,] CashApp to $clubmimi[,] Zelle to this phone number (to Mimi T)[,] [and] Apple Pay to this phone number (text)."

Overt Act No. 76:   On or about February 13, 2021, in text messages, defendant TODOROVA informed defendant SEI that she paid another drug delivery driver who was apprehended "$5k for an attorney

16

1  and another $5k later," and further stated, "We have erased all data
2  on our phones."

3      Overt Act No. 77:   On or about February 14, 2021, in text
4  messages, defendant TODOROVA asked defendant SEI if he was available
5  to work that night and when defendant SEI responded that he was not
6  available, defendant TODOROVA replied, "That's sucks[.] I would pay
7  double for someone[.] Because I'm in Mexico. I would pay someone a
8  lot of money to work instead of losing clients."

9      Overt Act No. 78:   On or about February 15, 2021, in text
10 messages, defendant TODOROVA instructed defendant SEI to obtain cash
11 from the bottom drawer of her nightstand and take it to a drug
12 supplier at an address defendant TODOROVA provided.

13     Overt Act No. 79:   On or about February 19, 2021, in text
14 messages, defendant TODOROVA and defendant SEI discussed the other
15 drug delivery driver who was apprehended, and defendant TODOROVA
16 said, "I need help while I'm in Mexico," and defendant SEI replied,
17 "I will take care of everything in the house, supplies etc. but
18 driving feels different now . . . ."

19     Overt Act No. 80:   On or about February 27, 2021, in text
20 messages, defendant TODOROVA offered defendant SEI $1,000 to deliver
21 drugs that night, and defendant SEI replied, "Ok I am done at 12."

22     Overt Act No. 81:   On or about March 4, 2021, in text messages,
23 defendant TODOROVA instructed defendant SEI, "Today I arrive at my
24 apartment 535pm. I can drive, but please help me with a bag
25 overstocked and ready to go. I'll pay you to put it together before
26 6pm," and defendant SEI replied, "Yeah sure."

27     Overt Act No. 82:   On or about March 6, 2021, in text messages,
28 defendant TODOROVA asked defendant SEI if he could work for two hours

and stated, "You really let me down this weekend[.] I don't trust anyone else in my apartment but you know I drive/sleep 24 hours so I never have time to make bags. Now I'm losing orders because you didn't do it. I offered to pay you a premium for a few hours of your help. I know you're usually free all Saturday[.] We are a team and you promised to take care of kitchen duties. I feel like you dropped the ball today and now it's stressful for me. Can we drive together for the first two hours? Maybe you can take West LA."

Overt Act No. 83:   On or about March 6, 2021, in text messages, defendant SEI replied to defendant TODOROVA stating, among other things, "You have been back for two days and you are telling me you can't even handle your own business for two days, come on Mimi. You got to step up and just get shit done. I have been telling you I am not driving right now for like 3 weeks now. This is not new news."

Overt Act No. 84:   On or about March 6, 2021, in text messages, defendant TODOROVA demanded that defendant SEI return defendant TODOROVA's keys and threatened, "And if you don't return my keys then I know where you live. Don't try to screw me over just because you have my keys."

Overt Act No. 85:   On or about March 7, 2021, in text messages, defendant TODOROVA told a new drug delivery driver ("Driver A") that defendant TODOROVA needed "a driver 6pm to 2am" for "5 days a week," informed Driver A that defendant TODOROVA kept a lawyer on retainer and attempted to assuage any concerns Driver A had about working with defendant TODOROVA by confirming to Driver A that defendant TODOROVA would "pay for your lawyer if something happens. He costs $10,000. But I've never had to involve him."

18

1      Overt Act No. 86:   On or about March 7, 2021, in text messages,

2  defendant TODOROVA told Driver A that defendant TODOROVA would bring

3  Driver A "the materials" and "explain the details," and defendant

4  TODOROVA instructed Driver A to "Make sure you have a copy of your

5  car registration, insurance and license stored in your car And

6  nothing is expired."

7      Overt Act No. 87:   On or about March 10, 2021, defendant

8  TODOROVA met with Driver A to train Driver A, provided Driver A with

9  various drugs and a cellphone containing a list of contacts for drug

10  customers, and in text messages using coded language, sent Driver A a

11  menu of various drugs, including cocaine for $100 and MDMA for $20.

12      Overt Act No. 88:   On or about March 15, 2021, using coded

13  language in text messages, defendant TODOROVA told another drug

14  delivery driver ("Driver B") the pay would be "$37.50/hour," that he

15  could take out of the cash at the end of a shift, and further

16  instructed Driver B, "Please take this job seriously. When you don't

17  show up I lose thousands of dollars if I can't cover your shift.

18  You're not doing me a favor. It's a job like any other job. In the

19  future I'll give you the phone numbers of my other drivers so you can

20  get your shift covered if you can't show up some day."

21      Overt Act No. 89:   On or about March 15, 2021, using coded

22  language in text messages, defendant TODOROVA told Driver B to return

23  to defendant TODOROVA's apartment to obtain more drugs for delivery

24  after Driver B had finished delivering an initial supply of drugs.

25      Overt Act No. 90:   On or about March 22, 2021, in text

26  messages, defendant TODOROVA asked defendant SEI, "Hey when do you

27  want to come over again? Need help today or tomorrow anytime," and

28  defendant SEI responded, "Hey[.] I can come tomorrow."

<u>Overt Act No. 91:</u>   On or about March 23, 2021, in text messages, defendant TODOROVA instructed defendant SEI, "Let me know how much I owe you," and defendant SEI later replied, "Just two hours," and defendant TODOROVA replied, "Ok sending payment."

<u>Overt Act No. 92:</u>   On or about March 24, 2021, at her residence in Los Angeles, California, defendant TODOROVA possessed with intent to distribute approximately 944 grams of a mixture and substance containing a detectable amount of cocaine, MDMA, a purported oxycodone pill containing fentanyl, various other drugs, drug packaging materials, and digital devices, including a cellphone she loaned to her drivers to facilitate drug deliveries for her.

<u>Overt Act No. 93:</u>   On or about March 24, 2021, in her vehicle in Los Angeles, California, defendant TODOROVA possessed a cellphone she used to facilitate drug deliveries.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(C); 18 U.S.C. § 2(a)]

[ALL DEFENDANTS]

On or about November 15 and 16, 2020, in Los Angeles County, within the Central District of California, defendants MIRELA TODOROVA, also known as ("aka") "Mirela Dimitrova Todorova," aka "Mimi," aka "$clubmimi," aka "clubmimi," aka "mimiclub," aka "123mimi@gmail.com," aka "John Mitchell," aka "johnmitchell123@mail.com," and MUCKTARR KATHER SEI, aka "Kather Sei," aka "Kat," each aiding and abetting the other, knowingly and intentionally distributed fentanyl, a Schedule II narcotic drug controlled substance, the use of which resulted in the death and serious bodily injury of R.M., on or about November 16, 2020.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(ii)]

[DEFENDANT TODOROVA]

On or about March 24, 2021, in Los Angeles County, within the Central District of California, defendant MIRELA TODOROVA, also known as ("aka") "Mirela Dimitrova Todorova," aka "Mimi," aka "$clubmimi," aka "clubmimi," "mimiclub," aka "123mimi@gmail.com," aka "John Mitchell," aka "johnmitchell123@mail.com," knowingly and intentionally possessed with intent to distribute at least 500 grams, that is, approximately 944 grams, of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

COUNT FOUR

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

[DEFENDANT TODOROVA]

On or about March 24, 2021, in Los Angeles County, within the Central District of California, defendant MIRELA TODOROVA, also known as ("aka") "Mirela Dimitrova Todorova," aka "Mimi," aka "$clubmimi," aka "clubmimi," "mimiclub," aka "123mimi@gmail.com," aka "John Mitchell," aka "johnmitchell123@mail.com," knowingly and intentionally possessed with intent to distribute 3,4-Methylenedioxymethamphetamine ("MDMA," "ecstasy," or "molly,"), a Schedule I controlled substance.

FORFEITURE ALLEGATION

[21 U.S.C. § 853]

1.    Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 21, United States Code, Section 853 and Title 28, United States Code, Section 2461(c), in the event of any defendant's conviction of the offenses set forth in Counts One through Four of this First Superseding Indictment.

2.    Any defendant so convicted shall forfeit to the United States of America the following:

(a)    All right, title and interest in any and all property, real or personal, constituting or derived from, any proceeds which the defendant obtained, directly or indirectly, from any such offense;

(b)    All right, title and interest in any and all property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of any such offense; and

(c)    To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a) and (b).

3.    Pursuant to Title 21, United States Code, Section 853(p), any defendant so convicted shall forfeit substitute property if, by any act or omission of said defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the

1    jurisdiction of the court; (d) has been substantially diminished in

2    value; or (e) has been commingled with other property that cannot be

3    divided without difficulty.

4

5                                                  A TRUE BILL

6

7                                                  /S/
                                    _____
8                                                  Foreperson

9

10   TRACY L. WILKISON
     United States Attorney
11

12

13   SCOTT M. GARRINGER
     Assistant United States Attorney
14   Chief, Criminal Division

15   SHAWN J. NELSON
     Assistant United States Attorney
16   Chief, International Narcotics,
     Money Laundering, & Racketeering
17   Section

18   CHRISTOPHER C. KENDALL
     Assistant United States Attorney
19   Deputy Chief, International
     Narcotics, Money Laundering, &
20   Racketeering Section

21   PATRICK CASTAÑEDA
     JASON C. PANG
22   Assistant United States Attorneys
     International Narcotics, Money
23   Laundering, & Racketeering Section

24

25

26

27

28

                                    25