TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
PATRICK CASTAÑEDA (Cal. Bar No. 319431)
Assistant United States Attorney
International Narcotics, Money Laundering,
& Racketeering Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0637
     Facsimile: (213) 894-0142
     E-mail:    patrick.castaneda@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
02/24/22
CENTRAL DISTRICT OF CALIFORNIA
BY: ___nne___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR 21-244(A)-VAP |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING INDICTMENT AND RELATED DOCUMENTS; DECLARATION OF PATRICK CASTAÑEDA |
| v. | |
| MIRELA TODOROVA, aka "Mirela Dimitrova Todorova," aka "Mimi," aka "$clubmimi," aka "clubmimi," aka "mimiclub," aka "123mimi@gmail.com," aka "John Mitchell," aka "johnmitchell123 @mail.com," and MUCKTARR KATHER SEI, aka "Kather Sei," aka "Kat," | **(UNDER SEAL)** |
| Defendants. | |

The government hereby applies <u>ex parte</u> for an order that the first superseding indictment and any related documents in the above-titled case (except the arrest warrant for the charged defendant

MUCKTARR KATHER SEI) be kept under seal until further order of the Court, until the government determines that these materials are subject to its discovery obligations in connection with criminal proceedings, at which time they may be produced to defense counsel, or until defendant MUCKTARR KATHER SEI is arrested.

This ex parte application is made pursuant to Federal Rule of Criminal Procedure 6(e)(4) and is based on the attached declaration of Patrick Castañeda.

Dated: February 23, 2022        Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division



PATRICK CASTAÑEDA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF PATRICK CASTAÑEDA**

I, Patrick Castañeda, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the prosecution of United States v. MIRELA TODOROVA and MUCKTARR KATHER SEI, the first superseding indictment in which is being presented to a federal grand jury in the Central District of California on February 24, 2022.

2. Defendant TODOROVA is detained pending trial pursuant to the original indictment, 2:21-CR-00244-VAP. Defendant SEI, however, has not been taken into custody on the charges contained in the first superseding indictment and has not been informed that he is being named as a defendant in the first superseding indictment to be presented to the grand jury on February 24, 2022. The likelihood of apprehending defendant SEI might be jeopardized if the first superseding indictment in this case were made publicly available before defendant SEI is taken into custody on the first superseding indictment.

3. Accordingly, the government requests that the first superseding indictment and any related documents in the above-titled case (except the arrest warrant for the charged defendant MUCKTARR KATHER SEI) be sealed and remain so until further order of the Court, until the government determines that these materials are subject to its discovery obligations in connection with criminal proceedings, at which time they may be produced to defense counsel, or until defendant MUCKTARR KATHER SEI is arrested.

//

4.   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on February 23, 2022.

　　　　　　　　　　　　　　　　　　　　Patrick Castañeda