```
                                    FILED
                              CLERK, U.S. DISTRICT COURT
                                    02/24/22
                              CENTRAL DISTRICT OF CALIFORNIA
                              BY: _____nne_____ DEPUTY
```

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
PATRICK CASTAÑEDA (Cal. Bar No. 319431)
Assistant United States Attorney
International Narcotics, Money Laundering,
& Racketeering Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0637
     Facsimile: (213) 894-0142
     E-mail:    patrick.castaneda@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR 21-244(A)-VAP |
|---|---|
| Plaintiff, | [PROPOSED] ORDER SEALING INDICTMENT AND RELATED DOCUMENTS |
| v. | |
| MIRELA TODOROVA,<br>   aka "Mirela Dimitrova<br>       Todorova,"<br>   aka "Mimi,"<br>   aka "$clubmimi,"<br>   aka "clubmimi,"<br>   aka "mimiclub,"<br>   aka "123mimi@gmail.com,"<br>   aka "John Mitchell,"<br>   aka "johnmitchell123<br>       @mail.com," and<br>MUCKTARR KATHER SEI,<br>   aka "Kather Sei,"<br>   aka "Kat,"<br><br>       Defendants. | **(UNDER SEAL)** |

    For good cause shown, IT IS HEREBY ORDERED THAT:

    Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the

first superseding indictment and any related documents in the above-

1

titled case (except the arrest warrant for the charged defendant MUCKTARR KATHER SEI), the government's sealing application, and this order shall be kept under seal until further order of the Court, until the government determines that these materials are subject to its discovery obligations in connection with criminal proceedings, at which time they may be produced to defense counsel, or until defendant MUCKTARR KATHER SEI is arrested.

February 24, 2022

DATE

HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

**OR IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

DATE

HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE