UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES – GENERAL**

| Case No. | LACR 21-00244(A)-VAP-1 | | | | Date | February 28, 2022 | | |
|---|---|---|---|---|---|---|---|---|
| Present: The Honorable | ANDRÉ J. BIROTTE, JR., UNITED STATES DISTRICT JUDGE | | | | | | | |
| Interpreter | N/A | | | | | | | |
| Christine Chung | | | Myra Ponce | | | Patrick Castaneda / Jason C. Pang | | |
| *Deputy Clerk* | | | *Court Reporter* | | | *Assistant U.S. Attorney* | | |
| **U.S.A. v. Defendant(s)** | Present | Custody | Citation | **Attorneys for Defendant(s)** | | Present | App. | Ret. |
| Mirela Todorova | X | X | | Alex R. Kessel  Mark A. Hover | | X  X | | X  X |
| **Proceedings:** | ARRAIGNMENT AND STATUS CONFERENCE | | | | | | | |

    Case called, and counsel make their appearance.  Court and counsel confer re: the status of the case.

    Defendant is arraigned on the First Superseding Indictment and states her true name is the name on the charging document.

    Defendant acknowledges that she has received a copy of the First Superseding Indictment and that she has read or that it has been read to her and waives a reading thereof.

    Defendant pleads not guilty to all counts in the First Superseding Indictment.

    This case is set for jury trial on May 3, 2022 at 8:30 a.m.  The pretrial conference is set for April 25, 2022 at 9:00 a.m.