# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | LA CR 21-244(A) - VAP |
| v. | |
| MIRELA TODOROVA | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| Defendant(s) | |

The Court hereby orders that the request of:

MIRELA TODOROVA     ☐ Plaintiff ☒ Defendant ☐ Other
*Name of Party*

to substitute JOHN D. KIRBY     who is

☒ Retained Counsel     ☐ Counsel appointed by the Court (Criminal cases only)     ☐ Pro Se

401 WEST A ST. SUITE #1150
*Street Address*

SAN DIEGO, CA, 92101          JKIRBY@JOHNKIRBYLAW.COM
*City, State, Zip*               *E-Mail Address*

619-557-0100     N/A     149496
*Telephone Number*     *Fax Number*     *State Bar Number*

as attorney of record instead of ALEX KESSEL
*List **all** attorneys from same firm or agency who are withdrawing.*

is hereby     [X] **GRANTED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated   March 21, 2022

*(signed) Virginia A. Phillips*
U. S. District Judge

G–01 ORDER (09/17)     ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY