TRACY WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
PATRICK CASTAÑEDA (Cal. Bar No. 319431)
JASON C. PANG (Cal. Bar No. 296043)
Assistant United States Attorneys
International Narcotics, Money Laundering,
& Racketeering Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0637/2652
     Facsimile: (213) 894-0142
     E-mail:    Patrick.Castaneda@usdoj.gov
                Jason.Pang@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:21-CR-00244(A)-VAP |
|---|---|
| Plaintiff, | ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| MIRELA TODOROVA, aka "Mirela Dimitrova Todorova," aka "Mimi," aka "$clubmimi," aka "clubmimi," aka "mimiclub," aka "123mimi@gmail.com," aka "John Mitchell," aka "johnmitchell123 @mail.com," and MUCKTARR KATHER SEI, aka "Kather Sei," aka "Kat," | **TRIAL DATE: 08-16-22**<br><br>**PRETRIAL CONFERENCE: 08-09-22** |
| Defendants. | |

   The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of

Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on March 29, 2022.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that:  (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) the case is so unusual and so complex, due to the nature of the prosecution, that it is unreasonable to expect preparation for pre-trial proceedings or for the trial itself within the time limits established by the Speedy Trial Act; and (iv) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.   The trial in this matter as to defendant MIRELA TODOROVA is continued from May 3, 2022, to August 16, 2022.  The trial in this matter as to defendant MUCKTARR KATHER SEI is continued from April 26, 2022, to August 16, 2022.  The status conference hearing for all defendants is continued to August 8, 2022 at 9:00 a.m.  The briefing and hearing schedule for all defendants for any motions shall be:

    a.   Any such motion must be filed no later than July 15, 2022;

      b.    Responses/oppositions to any such motions must be filed no later than July 29, 2022;

      c.    Any reply in support of such motions will require leave of court; and

      d.    The motions hearing shall be on the same date and time as the August 8, 2022 status conference.

2.    The time period of March 18, 2022, to August 16, 2022, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (B)(iv).

3.    Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

March 31, 2022
DATE

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

Presented by:

   /s/
PATRICK CASTAÑEDA
JASON C. PANG
Assistant United States Attorneys