E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
PATRICK CASTAÑEDA (Cal. Bar No. 319431)
JASON C. PANG (Cal. Bar No. 296043)
SURIA M. BAHADUE (Cal. Bar No. 344369)
Assistant United States Attorneys
     1400/1200/1000 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0637/2652/5487
     Facsimile: (213) 894-0142/0141
     E-mail:    Patrick.Castaneda@usdoj.gov
                Jason.Pang@usdoj.gov
                Suria.Bahadue@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MIRELA TODOROVA, et al., <br><br> Defendants. | No. 2:21-CR-00244-AB <br><br> <u>UNOPPOSED EX PARTE APPLICATION TO SET AMEND PRETRIAL FILING DEADLINES AND CONTINUING MOTIONS HEARING TO MAY 20, 2024</u> |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Patrick Castañeda, Jason C. Pang, and Suria M. Bahadue hereby files this Unopposed Ex Parte Application for an order setting amended pretrial filing deadlines and continuing the hearing on all pending motions to May 20, 2024.

    Defense counsel for defendant MIRELA TODOROVA ("defendant TODOROVA"), Charles Brown, and defense counsel for defendant MUCKTARR

KATHER SEI ("defendant SEI"), Gregory Nicolaysen, do not oppose this ex parte application.

This application is based upon the attached declaration of Assistant United States Attorney Patrick Castañeda, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: April 23, 2024           Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

            /s/
PATRICK CASTAÑEDA
JASON C. PANG
SURIA M. BAHADUE
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF PATRICK CASTAÑEDA**

I, Patrick Castañeda, declare as follows:

1. I am an Assistant United States Attorney ("AUSA") in the United States Attorney's Office for the Central District of California, and I am one of the AUSAs assigned to this matter.

2. Defendants TODOROVA and SEI, along with two additional defendants, are charged variously in the Second Superseding Indictment with conspiracy to distribute and possess with intent to distribute controlled substances, in violation of 21 U.S.C. §§ 846(a)(1), (b)(1)(B)(ii) and (b)(1)(C) (All Defendants); distribution of fentanyl resulting in death and/or serious bodily injury, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C) (All Defendants); possession with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) (Defendant TODOROVA); possession with intent to distribute cocaine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(ii) (Defendant TODOROVA); possession with intent to distribute MDMA, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C) (Defendant TODOROVA); and making false statements, in violation of 18 U.S.C. § 1001 (Defendant TODOROVA). (Dkt. 185.)

3. Per the government's prior ex parte application and the Court's order, the Court set the following briefing schedule for the filing of pretrial motions:

   a. Any such motion must be filed no later than April 12, 2024;

   b. Responses/oppositions to any such motions must be filed no later than April 26, 2024;

   c. Any reply in support of such motions must be filed no later than May 3, 2024;

   d. The hearing on any such motions shall be May 10, 2024; and

   e. The pretrial status conference shall remain as May 24, 2024.

 4. On April 10, 2024, the Court held a status conference at which defendants request additional time to file additional motions, and the Court extended their deadline to April 15, 2024.  (Dkt. 231.) In turn, the Court granted the government two additional days to file its responsive oppositions.  (Id.)

 5. Defendants TODOROVA and SEI filed three motions before the April 12, 2024 motions deadline:

   a. On March 20, 2024, defendant TODOROVA filed a motion to dismiss the case (Dkt. 174).

   b. On April 2, 2024, defendant SEI filed a motion for an order allowing him to plead open to part of count one of the First Superseding Indictment. (Dkt. 183.)

   c. On April 9, 2024, defendant SEI filed a motion for severance of defendants.  (Dkt. 197; 200.)

 6. On April 10, 2024, the Court held a status conference at which defendants request additional time to file additional motions, and the Court extended their deadline to April 15, 2024.  (Dkt. 231.) In turn, the Court granted the government two additional days to file its responsive oppositions.  (Id.)

 7. Defendants SEI and TODOROVA filed six more motions by the revised April 15, 2024 deadline:

2

   a. On April 11, 2024, defendant SEI filed a motion for unredacted discovery. (Dkt. 213; 223.)

   b. On April 12, 2024, defendant TODOROVA filed a motion for a hearing pursuant to Franks v. Delaware (the "Franks Motion"). (Dkt. 215; 227.)

   c. On April 12, 20204, defendant TODOROVA filed a motion for release of Grand Jury transcripts. (Dkt. 216.)

   d. On April 13, 2024, defendant TODOROVA filed a motion to dismiss based on Arizona v. Youngblood. (Dkt. 217; 230.)

   e. On April 13, 2024, defendant TODOROVA filed a motion for a bill particulars. (Dkt. 219.)

   f. On April 15, 2024, defendant SEI filed a motion to dismiss the SSI based on prosecutorial delay, or severance from the new defendants. (Dkt. 220.)

8. On April 15, 2024, defendant SEI filed a motion for joinder (Dkt. 235) in defendant SEI's motion to sever (Dkt. 200); motion to dismiss for prosecutorial delay (Dkt. 220); and motion for unredacted discovery (Dkt. 223.). The joinder motion is a single page and merely identifies defendant SEI's joinder in the above-described motions without any additional facts or argument. (Dkt. 235.)

9. On April 22, 2024 – seven days after the April 15, 2024 motions deadline and seven days before the government is due to respond to nine defense motions – defendant SEI filed a motion to join in defendant SEI's Franks Motion, and included an 18-page memorandum raising additional arguments and factual claims. (Dkt. 238.)

10. The government will comply with the pretrial deadlines set by the Court for the motions timely filed by April 15, 2024, but

given defendant SEI's late and substantive joinder to the Franks Motion filed on April 22, 2024, the government respectfully requests, and defendants do not object to, the following revised schedule:

    a. The government's response to defendants' Franks Motion (Dkt. 227, 238) shall be filed by May 6, 2024; and

    b. The defendants' replies in support of their Franks Motion shall be filed by May 13, 2024; and

    c. The hearing on all currently pending motions shall be on May 20, 2024.

11. I have communicated via email with counsel for both defendants about the above-proposed dates, and they do not oppose this application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on April 23, 2024.

                                              */s/ Patrick Castañeda*
                                              PATRICK CASTAÑEDA