E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
PATRICK CASTAÑEDA (Cal. Bar No. 319431)
JASON C. PANG (Cal. Bar No. 296043)
SURIA M. BAHADUE (Cal. Bar No. 344369)
Assistant United States Attorneys
      1400/1200/1000 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-0637/2652/5487
      Facsimile: (213) 894-0142/0141
      E-mail:    Patrick.Castaneda@usdoj.gov
                 Jason.Pang@usdoj.gov
                 Suria.Bahadue@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:21-CR-00244-AB |
|---|---|
| Plaintiff, | [PROPOSED] ORDER AMENDING PRETRIAL FILING DEADLINES AND CONTINUING MOTIONS HEARING TO MAY 20, 2024 |
| v. | |
| MIRELA TODOROVA, et al., | |
| Defendants. | |

For good cause shown, IT IS HEREBY ORDERED that:

　　1.　The government's response to defendants' Franks Motion (Dkt. 227, 238) shall be filed by May 6, 2024; and

　　2.　The defendants' reply in support of their Franks Motion shall be filed by May 13, 2024; and

//

3. The hearing on all currently pending motions shall be on May 20, 2024.

IT IS SO ORDERED.

_____        _____
DATE                                   HONORABLE ANDRÉ BIROTTE, JR.
                                       UNITED STATES DISTRICT JUDGE

Presented by:

   /s/
_____
PATRICK CASTAÑEDA
JASON C. PANG
SURIA M. BAHADUE
Assistant United States Attorneys