```
 1  E. MARTIN ESTRADA
    United States Attorney
 2  MACK E. JENKINS
    Assistant United States Attorney
 3  Chief, Criminal Division
    PATRICK CASTAÑEDA (Cal. Bar No. 319431)
 4  JASON C. PANG (Cal. Bar No. 296043)
    SURIA M. BAHADUE (Cal. Bar No. 344369)
 5  Assistant United States Attorneys
         1400/1200/1000 United States Courthouse
 6       312 North Spring Street
         Los Angeles, California 90012
 7       Telephone:  (213) 894-0637/2652/5487
         Facsimile:  (213) 894-0142/0141
 8       E-mail:     Patrick.Castaneda@usdoj.gov
                     Jason.Pang@usdoj.gov
 9                   Suria.Bahadue@usdoj.gov

10
    Attorneys for Plaintiff
11  UNITED STATES OF AMERICA
```

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:21-CR-00244-AB |
|---|---|
| Plaintiff, | ORDER AMENDING PRETRIAL FILING DEADLINES AND CONTINUING MOTIONS HEARING TO MAY 20, 2024 |
| v. | |
| MIRELA TODOROVA, et al., | |
| Defendants. | |

For good cause shown, IT IS HEREBY ORDERED that:

   1.   The government's response to defendants' Franks Motion (Dkt. 227, 238) shall be filed by May 6, 2024; and

   2.   The defendants' reply in support of their Franks Motion shall be filed by May 13, 2024; and

//

**3.** The hearing on all currently pending motions shall be on **May 20, 2024, at 10:00 a.m.**

IT IS SO ORDERED.

April 25, 2024
DATE

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
PATRICK CASTAÑEDA
JASON C. PANG
SURIA M. BAHADUE
Assistant United States Attorneys