E. MARTIN ESTRADA, United States Attorney
MACK E. JENKINS, Chief, Criminal Division
PATRICK CASTAÑEDA (Cal. Bar No. 319431)
Assistant United States Attorney, INMLR Section
312 N. Spring Street, 14th Fl., Los Angeles, CA 90012

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 21-244-AB |
| v. | |
| MIRELA TODOROVA, et al., | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☑ Lodged: **(List Documents)**

CRIMINAL DOCUMENT; GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING DOCUMENTS; DECLARATION OF PATRICK CASTANEDA AND [PROPOSED] ORDER SEALING DOCUMENTS.

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

April 26, 2024                                             Patrick Castañeda
Date                                                       Attorney Name
                                                           United States of America
                                                           Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*