E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
PATRICK CASTAÑEDA (Cal. Bar No. 319431)
JASON C. PANG (Cal. Bar No. 296043)
SURIA M. BAHADUE (Cal. Bar No. 344369)
Assistant United States Attorneys
     1400/1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0637/2652/5487
     Facsimile: (213) 894-0142/0141
     E-mail:    Patrick.Castaneda@usdoj.gov
                Jason.Pang@usdoj.gov
                Suria.Bahadue@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:21-CR-00244(B)-AB |
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS; DECLARATION OF SURIA M. BAHADUE |
| v. | |
| MIRELA TODOROVA, | |
| Defendant. | |

The government hereby applies ex parte for an order directing that the Government's Motion in Limine No. 1, Exhibits A-D attached to Government's Motion in Limine No. 2, Government Motions in Limine No. 3 and accompanying exhibits, and Government Motion in Limine No. 4 and accompanying exhibits, be filed under seal.

//

//

This <u>ex parte</u> application is based on the attached declaration of Suria M. Bahadue.

Dated: November 1, 2024            Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

          /s/
_____
PATRICK CASTAÑEDA
JASON C. PANG
SURIA M. BAHADUE
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF SURIA M. BAHADUE**

I, Suria M. Bahadue, declare as follows:

1. I am an Assistant United States Attorney at the U.S. Attorney's Office for the Central District of California. I am one of the attorneys representing the government in this case.

2. This declaration is filed in support of the Government's Motion in Limine No. 1, Exhibits A-D attached to Government's Motion in Limine No. 2, Government Motions in Limine No. 3 and accompanying exhibits, and Government Motion in Limine No. 4 and accompanying exhibits (collectively, the "Government Filings").

3. The government requests leave to file the Government Filings under seal because they sensitive, confidential information concerning defendant, the victims, and witnesses in this case. The Government Filings also reference and quote from discovery subject to the protective order and thereby contain sensitive personal information, including defendant's statements.

4. On November 1, 2024, the government emailed defense counsel for his position, and counsel has no objection to sealing.

5. Accordingly, the government requests that the Government Filings be kept under seal until further order of the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed in Los Angeles, California, on November 1, 2024.

*/s/ Suria Bahadue*

SURIA M. BAHADUE