E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
PATRICK CASTAÑEDA (Cal. Bar No. 319431)
JASON C. PANG (Cal. Bar No. 296043)
SURIA M. BAHADUE (Cal. Bar No. 344369)
Assistant United States Attorneys
     1400/1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0637/2652/5487
     Facsimile: (213) 894-0142/0141
     E-mail:    Patrick.Castaneda@usdoj.gov
                Jason.Pang@usdoj.gov
                Suria.Bahadue@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:21-CR-00244(B)-AB |
|---|---|
| Plaintiff, | [PROPOSED] ORDER SEALING DOCUMENTS |
| v. | |
| MIRELA TODOROVA, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's ex parte application for sealed filings is GRANTED. The documents sought to be filed under seal and all related documents shall all be filed under seal. The government may produce the underlying documents as permitted or required by applicable law.

_____     _____
DATE                             HONORABLE ANDRÉ BIROTTE, JR.
                                 UNITED STATES DISTRICT JUDGE

**IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED. The underlying documents shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____        _____
 DATE                                   HONORABLE ANDRÉ BIROTTE, JR.
                                        UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
_____
PATRICK CASTAÑEDA
JASON C. PANG
SURIA M. BAHADUE
Assistant United States Attorneys