JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
PATRICK CASTANEDA (CAL. BAR NO. 319431)
JASON C. PANG (CAL. BAR NO. 296043)
SURIA M. BAHADUE (CAL. BAR NO. 344369)
Assistant United States Attorneys
    1400/1300/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:   (213) 894-0637/2652/5487
    Facsimile:   (213) 894-0141
    E-mail:     Patrick.Castenada@usdoj.gov
              Jason.Pang@usdoj.gov
              Suria.Bahadue@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>           Plaintiff,<br><br>    v.<br><br>MIRELA TODOROVA,<br><br>           Defendant. | Case No.  21-CR-244(B)-AB<br><br>**GOVERNMNET'S EXHIBIT LIST** |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Patrick Castañeda, Jason C. Pang, and Suria M. Bahadue, hereby submits the Government's Exhibit List for trial in the above-captioned matter.

/ / /

/ / /

1    The government respectfully reserves the right to modify this list prior to and

2    throughout the trial.

3

4    Dated: February 12, 2025                Respectfully submitted,

5                                            JOSEPH T. MCNALLY
                                             Acting United States Attorney
6                                            LINDSEY GREER DOTSON
7                                            Assistant United States Attorney
                                             Chief, Criminal Division
8

9                                             /s/
                                             PATRICK CASTAÑEDA
10                                           JASON C. PANG
                                             SURIA M. BAHADUE
11                                           Assistant United States Attorneys

12                                           Attorneys for Plaintiff
                                             UNITED STATES OF AMERICA
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2.

| Ex. No. | Description | Objection and Reasons | Date Ident. | Date Admitted |
|---|---|---|---|---|
| **100 Series: Photographs** | | | | |
| 101. | Mirela Todorova California DMV Photograph | | | |
| 102. | Mucktarr Kather Sei California DMV Photograph | | | |
| 103. | Ashley Johnson California DMV Photograph | | | |
| 104. | Christopher Moreno Nunez California DMV Photograph | | | |
| 105. | Ian Deleon California DMV Photograph | | | |
| 106. | LA Impact Photographs of the exteriors of defendant's apartment | | | |
| 107. | LA Impact Before Pictures | | | |
| 108. | LA Impact Evidence in Place | | | |
| 109. | DEA Photographs of Defendant's Apartment | | | |
| 110. | Photographs of Defendant's Car | | | |
| 111. | Agent Photos of Defendant's Cellphone | | | |
| 112. | Photographs of Pills, Dollar Bags, and Baggies from R.M. Home | | | |
| 113. | Photograph of Single Pill from R.H. Home | | | |
| 114. | Photograph of Blue Pills from R.M. Wallet | | | |
| 115. | Photograph of Key Fob from 7924 Phone | | | |
| 116. | Photograph of Bag of Pills from 7924 Phone | | | |
| 117. | Photographs from Partial Extraction of 9519 Phone | | | |
| 118. | Photographs from Partial Extraction of 7924 Phone | | | |
| 119. | B.H. California DMV Photograph | | | |
| 120. | S.L. California DMV Photograph | | | |
| 121. | H.A. California DMV Photograph | | | |
| 122. | Screenshots of R.M. Phone | | | |
| | *INTENTIONALLY LEFT BLANK* | | | |
| | **150 Series: Photos of Drugs** | | | |
| 151. | DEA Laboratory Pictures (DEA Exhibit 1) | | | |
| 152. | DEA Laboratory Pictures (DEA Exhibit 2) | | | |
| 153. | DEA Laboratory Pictures (DEA Exhibit 3) | | | |
| 154. | DEA Laboratory Pictures (DEA Exhibit 4) | | | |

| Ex. No. | Description | Objection and Reasons | Date Ident. | Date Admitted |
|---|---|---|---|---|
| 155. | DEA Laboratory Pictures (DEA Exhibit 5) | | | |
| 156. | DEA Laboratory Pictures (DEA Exhibit 6) | | | |
| 157. | DEA Laboratory Pictures (DEA Exhibit 7) | | | |
| 158. | DEA Laboratory Pictures (DEA Exhibit 9) | | | |
| 159. | DEA Laboratory Pictures (DEA Exhibit 10) | | | |
| 160. | DEA Laboratory Pictures (DEA Exhibit 11) | | | |
| 161. | DEA Laboratory Pictures (DEA Exhibit 12) | | | |
| 162. | DEA Laboratory Pictures (DEA Exhibit 21-R) | | | |
| 163. | DEA Laboratory Pictures (DEA Exhibit 22) | | | |
| 164. | DEA Laboratory Pictures (DEA Exhibit 28) | | | |
| 165. | DEA Laboratory Pictures (DEA Exhibit 31) | | | |
| 166. | DEA Laboratory Pictures (DEA Exhibit 37) | | | |
| 167. | DEA Laboratory Pictures (DEA Exhibit 39) | | | |
| 168. | DEA Laboratory Pictures (DEA Exhibit 41) | | | |
| 169. | DEA Laboratory Pictures (DEA Exhibit 53) | | | |
| 170. | DEA Laboratory Pictures (DEA Exhibit 56) | | | |
| | *INTENTIONALLY LEFT BLANK* | | | |
| **200 Series: Audio and Video Recordings** | | | | |
| 201 | *INTENTIONALLY LEFT BLANK* | | | |
| 202 | *INTENTIONALLY LEFT BLANK* | | | |
| 203 | B.L.H 911 Call from L.H. | | | |
| 203T | B.L.H. 911 Call from L.H. Transcript (For Identification Only) | | | |
| 204 | S.L. 911 Call from Roommate | | | |
| 204T | S.L. 911 Call from Roommate Transcript (For Identification Only) | | | |
| 205 | S.L. 911 Call Between Operators  (For Identification Only) | | | |
| 205T | S.L. 911 Call Between Operators Transcript (For Identification Only) | | | |
| 206 | H.A. 911 Call from C.C. (For Identification Only) | | | |

4.

| Ex. No. | Description | Objection and Reasons | Date Ident. | Date Admitted |
|---|---|---|---|---|
| 206T | H.A. 911 Call from C.C. Transcript (For Identification Only) | | | |
| 207 | H.A. 911 Call from Z.S. (For Identification Only) | | | |
| 207T | H.A. 911 Call from Z.S. Transcript (For Identification Only) | | | |
| 208. | Ring Video 1: 10:25:37 p.m. on 11/15/2020 showing white car approaching R.M.'s house. | | | |
| 209. | Ring Video 2: 10:30:49 p.m. on 11/15/2020 showing white car waiting outside of R.M.'s house. | | | |
| 210. | Ring Video 3: 10:32:35 p.m. on 11/15/2020 showing R.M. come outside. | | | |
| 211. | Ring Video 4: 10:38:06 p.m. on 11/15/2020 showing R.M. come outside again. | | | |
| 212. | Ring Video 5: 10:53 p.m. on 11/15/2020 showing outside of R.M. house. | | | |
| 213. | Ring Video 6: 11:08 p.m. on 11/15/2020 showing outside of R.M. house. | | | |
| 214. | Ring Video 7: 11:29 p.m. on 11/15/2020 showing outside of R.M. house. | | | |
| 215. | Ring Video 8: 11:32 p.m. on 11/15/2020 showing outside of R.M. house. | | | |
| 216. | Ring Video 9: 11:35 p.m. on 11/15/2020 showing outside of R.M. house. | | | |
| 217. | Ring Video 10: 12:01 p.m. on 11/16/2020 showing white car return to R.M.'s house. | | | |
| 218. | Ring Video 11: 12:04:30 p.m. on 11/16/2020 showing white car depart R.M. house. | | | |
| 219. | Ring Video 12: Replay from 10:28 p.m. on 11/15/2020 to 12:04 a.m. on 11/16/2020. | | | |
| 220. | *INTENTIONALLY LEFT BLANK* | | | |
| 221. | Body-Worn Camera ("BWC") Video from Los Angeles Police Department Officer Kuipers of Defendant's Traffic Stop (For Identification Only) | | | |
| 221T | Transcript of BWC Video of Defendant's Traffic Stop (For Identification Only) | | | |
| 222. | Clip 1 of BWC Video of Defendant's Traffic Stop | | | |

5.

| Ex. No. | Description | Objection and Reasons | Date Ident. | Date Admitted |
|---|---|---|---|---|
| 222T | Transcript of Clip 1 of BWC Video of Defendant's Traffic Stop | | | |
| 223. | Clip 2 of BWC Video of Defendant's Traffic Stop | | | |
| 223T | Transcript of Clip 2 of BWC Video of Defendant's Traffic Stop | | | |
| 224. | Clip 3 of BWC Video of Defendant's Traffic Stop | | | |
| 224T | Transcript of Clip 3 of BWC Video of Defendant's Traffic Stop | | | |
| 225. | Clip 4 of BWC Video of Defendant's Traffic Stop | | | |
| 225T | Transcript of Clip 4 of BWC Video of Defendant's Traffic Stop | | | |
| 226. | Clip 5 of BWC Video of Defendant's Traffic Stop | | | |
| 226T | Transcript of Clip 5 of BWC Video of Defendant's Traffic Stop | | | |
| 227. | Clip 6 of BWC Video of Defendant's Traffic Stop | | | |
| 227T | Transcript of Clip 6 of BWC Video of Defendant's Traffic Stop | | | |
| 228. | Clip 7 of BWC Video of Defendant's Traffic Stop | | | |
| 228T | Transcript of Clip 7 of BWC Video of Defendant's Traffic Stop | | | |
| 229. | Clip 8 of BWC Video of Defendant's Traffic Stop | | | |
| 229T | Transcript of Clip 8 of BWC Video of Defendant's Traffic Stop | | | |
| 230. | BWC Video of a Los Angeles Police Department Officer Riggen of Defendant's Traffic Stop (For Identification Only) | | | |
| 231. | Clip 1 of BWC Video of Defendant's Traffic Stop | | | |
| 231T | Transcript of Clip 1 of BWC Video of Defendant's Traffic Stop | | | |
| 232. | Clip 2 of BWC Video of Defendant's Traffic Stop | | | |
| 232T | Transcript of Clip 2 of BWC Video of Defendant's Traffic Stop | | | |
| 233. | Clip 3 of BWC Video of Defendant's Traffic Stop | | | |
| 233T | Transcript of Clip 3 of BWC Video of Defendant's Traffic Stop | | | |

| Ex. No. | Description | Objection and Reasons | Date Ident. | Date Admitted |
|---|---|---|---|---|
| 234. | Clip 4 of BWC Video of Defendant's Traffic Stop | | | |
| 234T | Transcript of Clip 4 of BWC Video of Defendant's Traffic Stop | | | |
| 235. | Clip 5 of BWC Video of Defendant's Traffic Stop | | | |
| 235T | Transcript of Clip 5 of BWC Video of Defendant's Traffic Stop | | | |
| 236. | Clip 6 of BWC Video of Defendant's Traffic Stop | | | |
| 236T | Transcript of Clip 6 of BWC Video of Defendant's Traffic Stop | | | |
| 237. | Clip 7 of BWC Video of Defendant's Traffic Stop | | | |
| 237T | Transcript of Clip 7 of BWC Video of Defendant's Traffic Stop | | | |
| 238. | Clip 8 of BWC Video of Defendant's Traffic Stop | | | |
| 238T | Transcript of Clip 8 of BWC Video of Defendant's Traffic Stop | | | |
| 239. | DEA Interview (For Identification Only) | | | |
| 240. | Clip 1 of DEA Interview | | | |
| 240T | Transcript of Clip 1 of DEA Interview | | | |
| 241. | Clip 2 of DEA Interview | | | |
| 241T | Transcript of Clip 2 of DEA Interview | | | |
| 242. | Clip 3 of DEA Interview | | | |
| 242T | Transcript of Clip 3 of DEA Interview | | | |
| 243. | *INTENTIONALLY LEFT BLANK* | | | |
| 244. | *INTENTIONALLY LEFT BLANK* | | | |
| 245. | *INTENTIONALLY LEFT BLANK* | | | |
| 246. | *INTENTIONALLY LEFT BLANK* | | | |
| 247. | *INTENTIONALLY LEFT BLANK* | | | |
| 248. | *INTENTIONALLY LEFT BLANK* | | | |
| 249. | *INTENTIONALLY LEFT BLANK* | | | |
| 250. | BWC of B.L.H. Overdose (For Identification Only) | | | |
| 251. | Clip 1 of BWC of B.L.H. Overdose | | | |
| 252. | Clip 2 of BWC of B.L.H. Overdose | | | |

| Ex. No. | Description | Objection and Reasons | Date Ident. | Date Admitted |
|---|---|---|---|---|
| 253. | Clip 3 of BWC of B.L.H. Overdose | | | |
| 254. | Screenshot 1 of BWC of B.L.H. Overdose | | | |
| 255. | BWC of S.L. Overdose (For Identification Only) | | | |
| 256. | Clip 1 of S.L. Overdose (For Identification Only) | | | |
| 257. | Clip 1 of S.L. Overdose (No Audio) | | | |
| 258. | Screenshots of BWC of S.L. Overdose | | | |
| | *INTENTIONALLY LEFT BLANK* | | | |
| 270. | Surveillance Video Showing Defendant (File name: Surv 5 Adams & LaSalle (Stone) SHOWS MT jpg.MOV) | | | |
| 271. | *INTENTIONALLY LEFT BLANK* | | | |
| 272. | Video from Partial Extraction of 9519 Phone (File name: IMG_0809.MOV) | | | |
| | *INTENTIONALLY LEFT BLANK* | | | |
| | *INTENTIONALLY LEFT BLANK* | | | |
| | *INTENTIONALLY LEFT BLANK* | | | |
| | *INTENTIONALLY LEFT BLANK* | | | |
| 275. | Defendant's Narratives Set 1 (For Identification Only) | | | |
| 276. | Defendant's Narratives Set 1, Excerpts | | | |
| 277. | Defendant's Narratives Set 2 (For Identification Only) | | | |
| 278. | Defendant's Narratives Set 2, Excerpts | | | |
| 279. | Defendant's Narratives Set 3 (For Identification Only) | | | |
| 280. | Defendant's Narratives Set 3, Excerpts | | | |
| 281. | Report of Defendant's First Proffer (12/8/21) (For Identification Only) | | | |
| 282. | Defendant's Signed Proffer Agreement for First Proffer (12/8/21) | | | |
| 283. | Report of Defendant's Second Proffer (5/18/22) (For Identification Only) | | | |
| 284. | Photographs Shown During Defendant's Second Proffer (5/18/22) | | | |

| Ex. No. | Description | Objection and Reasons | Date Ident. | Date Admitted |
|---|---|---|---|---|
| 285. | Defendant's Signed Proffer Agreement for Second Proffer (5/18/22) | | | |
| 286. | Report of Defendant's Transport For Second Proffer (5/18/22) (For Identification Only) | | | |
| 287. | Report of Defendant's Third Proffer (1/12/23) (For Identification Only) | | | |
| 288. | Defendant's Signed Proffer Agreement for Third Proffer (1/12/23) | | | |
| 289. | Report of Defendant's Fourth Proffer (10/21/23) (For Identification Only) | | | |
| 290. | Defendant's Signed Proffer Agreement for Fourth Proffer (10/21/23) | | | |
| 291. | Email from Defendant's Associate J.W. Forwarding Defendant's Narratives (4/7/23) | | | |
| | *INTENTIONALLY LEFT BLANK* | | | |
| **300 Series: INTENTIONALLY LEFT BLANK** | | | | |
| **400 Series: Reports and *Curriculum Vitae*** | | | | |
| 401. | Government's Expert Disclosure (2/28/2024) (For Identification Only) | | | |
| 402. | Government's Supplemental Expert Disclosure (3/6/2024) (For Identification Only) | | | |
| 403. | Government's Supplemental Expert Disclosure for Robert Thomas (3/5/2024) (For Identification Only) | | | |
| 404. | Government's Supplemental Expert Disclosure (7/26/2024) (For Identification Only) | | | |
| 405. | Government's Supplemental Expert Disclosure (1/8/2025) (For Identification Only) | | | |
| 406. | Government's Supplemental Disclosure for Joseph Soeka (8/26/24) (For Identification Only) | | | |
| 407. | Joseph Soeka CV  (For Identification Only) | | | |
| 408. | Elena Palacios CV (For Identification Only) | | | |
| 409. | Robert Thomas CV (For Identification Only) | | | |
| 410. | Linda Lowery CV (For Identification Only) | | | |
| 411. | Dr. Michael Levine CV (For Identification Only) | | | |

| Ex. No. | Description | Objection and Reasons | Date Ident. | Date Admitted |
|---|---|---|---|---|
| 412. | Fracia Martinez CV  (For Identification Only) | | | |
| 413. | Susan Zeigler CV (For Identification Only) | | | |
| 414. | Anjail Ameen CV (For Identification Only) | | | |
| 415. | Annecia T. Martin CV (For Identification Only) | | | |
| 416. | Vien Zhivago CV (For Identification Only) | | | |
| 417. | *INTENTIONALLY LEFT BLANK* | | | |
| 418. | *INTENTIONALLY LEFT BLANK* | | | |
| 419. | *INTENTIONALLY LEFT BLANK* | | | |
| 420. | *INTENTIONALLY LEFT BLANK* | | | |
| 421. | Chemical Analysis Report (DEA Exhibit 1) (For Identification Only) | | | |
| 422. | Chemical Analysis Report (DEA Exhibit 2) (For Identification Only) | | | |
| 423. | Chemical Analysis Report (DEA Exhibit 3) (For Identification Only) | | | |
| 424. | Chemical Analysis Report (DEA Exhibit 4) (For Identification Only) | | | |
| 425. | Chemical Analysis Report (DEA Exhibit 5) (For Identification Only) | | | |
| 426. | Chemical Analysis Report (DEA Exhibit 6) (For Identification Only) | | | |
| 427. | Chemical Analysis Report (DEA Exhibit 7) (For Identification Only) | | | |
| 428. | Chemical Analysis Report (DEA Exhibit 9) (For Identification Only) | | | |
| 429. | Chemical Analysis Report (DEA Exhibit 10) (For Identification Only) | | | |
| 430. | Chemical Analysis Report (DEA Exhibit 11) (For Identification Only) | | | |
| 431. | Chemical Analysis Report (DEA Exhibit 12) (For Identification Only) | | | |
| 432. | Chemical Analysis Report (DEA Exhibit 21-R) (For Identification Only) | | | |
| 433. | Chemical Analysis Report (DEA Exhibit 22) (For Identification Only) | | | |

| Ex. No. | Description | Objection and Reasons | Date Ident. | Date Admitted |
|---|---|---|---|---|
| 434. | Chemical Analysis Report (DEA Exhibit 28) (For Identification Only) | | | |
| 435. | Chemical Analysis Report (DEA Exhibit 31) (For Identification Only) | | | |
| 436. | Chemical Analysis Report (DEA Exhibit 37) (For Identification Only) | | | |
| 437. | Chemical Analysis Report (DEA Exhibit 39) (For Identification Only) | | | |
| 438. | Chemical Analysis Report (DEA Exhibit 41) (For Identification Only) | | | |
| 439. | Chemical Analysis Report (DEA Exhibit 53) (For Identification Only) | | | |
| 440. | Chemical Analysis Report (DEA Exhibit 56) (For Identification Only) | | | |
| **450 Series: Business Records** | | | | |
| 450. | Bank of America Account # 0938 & #6051 Declaration | | | |
| 451. | Bank of America Account # 0938 & #6051 Declaration | | | |
| 452. | Bank of America Signature Card #0938 | | | |
| 453. | Bank of American Signature Card #6051 | | | |
| 454. | Bank of America # 0938 Statements for January-July 2021 | | | |
| 455. | Bank of America # 6051 Statements for January – May 2021 | | | |
| 456. | Bank of America Account # 6051 / 0938 Bank Video | | | |
| 457. | Bank of America Account # 6051 Bank Video | | | |
| 458. | Bank of America Account # 6051 Bank Video | | | |
| 459. | E Trade Account # 0745 Declaration | | | |
| 460. | E Trade Account # 0745 Online Account Application | | | |
| 461. | E Trade Account # 0745 Brokerage Statement January 2021 | | | |
| 462. | E Trade Account # 0745 ACH Transactions | | | |

11.

| Ex. No. | Description | Objection and Reasons | Date Ident. | Date Admitted |
|---|---|---|---|---|
| 463. | J.P. Morgan Chase Declaration Account # 7776 | | | |
| 464. | J.P. Morgan Chase Account # 7776 Table of Contents, Signature Card, Statement Excerpts | | | |
| 465. | Wells Fargo Account # 4960 Certificate | | | |
| 466. | Wells Fargo Account # 4960 Signature Card | | | |
| 467. | Wells Fargo Account # 4960 Check Deposit December 16, 2020 | | | |
| 468. | Wells Fargo Account # 4960 Statement dated January 19, 2021 | | | |
| 469. | CA EDD Certificate | | | |
| 470. | CA EDD Letter | | | |
| 471. | CA EDD Response | | | |
| 472. | CA EDD (Bank of America) Declaration | | | |
| 473. | CA EDD (Bank of America) Transaction Summary | | | |
| 474. | CA EDD (Bank of America) Transaction Summary | | | |
| 475. | Apple Pay Certification | | | |
| 476. | Apple Pay Account History | | | |
| 477. | Apple Pay Certification | | | |
| 478. | Apple Pay Account History | | | |
| 479. | PayPal Certification Account #0399 | | | |
| 480. | PayPal Account Info #0399 | | | |
| 481. | PayPal Transaction Log | | | |
| 482. | CashApp (Square/Block) Certification | | | |
| 483. | CashApp (Square/Block) Transactions | | | |
| 484. | Venmo Certification | | | |
| 485. | Venmo Registration Activity | | | |
| 486. | Venmo Transaction Log | | | |
| 487. | Zelle Certification | | | |
| 488. | Zelle Tableau | | | |
| 489. | iCloud 2703 Certification Johnmitchell123@mail.com | | | |
| 490. | iCloud 2703 Texts | | | |

| Ex. No. | Description | Objection and Reasons | Date Ident. | Date Admitted |
|---|---|---|---|---|
| 491. | Eastown Certificate | | | |
| 492. | Eastown 2406 Lease File | | | |
| 493. | Eastown Email Records | | | |
| 494. | Eastown Fob Records | | | |
| 495. | Eastown Parking Records | | | |
| 496. | T-Mobile 9519 Certificate | | | |
| 497. | T-Mobile 9519 Subscriber Data | | | |
| 498. | INTENTIONALLY LEFT BLANK | | | |
| 499. | AT&T 9519 Subscriber Data | | | |
| 500. | CBP Certification | | | |
| 501. | CBP Records | | | |
| 502. | B.H. 902(11) Certification | | | |
| 503. | B.H. 902(11) Certification | | | |
| 504. | S.L. Certification | | | |
| 505. | S.L. Certification | | | |
| 506. | H.A. Certification (Z.S.) | | | |
| 507. | H.A. Certification (Z.S.) | | | |
| 508. | Digital Device Certification (Defendant 9519 phone, R.M., M.S., A.J.) | | | |
| 509. | Digital Device Certification (Defendant 7924 phone) | | | |
| 510. | Financial Tracing of Defendant Accounts | | | |
| 511. | Border Crossing Summary | | | |
| 512. | Digital Device Demonstrative (For Identification Only) | | | |
| **600 Series: INTENTIONALLY LEFT BLANK** | | | | |
| **700-900 Series: Text Messages** | | | | |
| 701. | 11/25/2018 Messages between 9519 and 2297 (USAO_254935-38) | | | |
| 702. | 12/13/2018 Messages between 9519 and J.L. (USAO_250065-68) | | | |
| 703. | 12/17/2018 Messages between 9519 and J.L. (USAO_250097-105) | | | |

13.

| Ex. No. | Description | Objection and Reasons | Date Ident. | Date Admitted |
|---------|-------------|----------------------|-------------|---------------|
| 704. | 1/2/2019 Messages between 9519 and J.L.. (USAO_250210-222) | | | |
| 705. | 2/7/2019 Messages between 9519 and J.L. (USAO_250295-302) | | | |
| 706. | 3/10/2019 Messages between 9519 and J.L. (USAO_250450-459) | | | |
| 707. | 8/13/2019 Messages between 9519 and J.L. (USAO_250737-738) | | | |
| 708. | 8/20/2019 Messages between 9519 and J.L. (USAO_250767-780) | | | |
| 709. | 8/22/2019 Messages between 9519 and J.L. (USAO_250790-792) | | | |
| 710. | 9/21/2019 Messages between 9519 and J.L. (USAO_251014-016) | | | |
| 711. | 9/24/2019 Messages between 9519 and J.L. (USAO_251031-032) | | | |
| 712. | 10/5/2019 Messages between 9519 and J.L. (USAO_251088-90) | | | |
| 713. | 11/10/2019 Messages between 9519 and J.L. (USAO_251402-05) | | | |
| 714. | 11/26/2019 Messages between 9519 and J.L. (USAO_251523-526) | | | |
| 715. | 11/28/2019 Messages between 9519 and J.L. (USAO_251561-570) | | | |
| 716. | 12/13/2019 Messages between 9519 and J.L. (USAO_251756-762) | | | |
| 717. | 12/15/2019 Messages between 9519 and J.L. (USAO_251812-814) | | | |
| 718. | 12/16/2019 Messages between 9519 and J.L. (USAO_251850-53) | | | |
| 719. | 12/19/2019 Messages between 9519 and J.L. (USAO_251868-88) | | | |
| 720. | 12/19/2019 Messages between 9519 and J.L. (USAO_251886-87) | | | |

| Ex. No. | Description | Objection and Reasons | Date Ident. | Date Admitted |
|---|---|---|---|---|
| 721. | 1/2/202 Messages between 9519 and J.L. (USAO_252012-023) | | | |
| 722. | 1/2/2020 Messages between 9519 and J.L. (USAO_252024-027) | | | |
| 723. | 1/30/2020 Messages between 9519 and J.L. (USAO_252188-89) | | | |
| 724. | 1/30/2020 Messages between 9519 and J.L. (USAO_252201-204) | | | |
| 725. | 2/7/2020 Messages between 9519 and J.L. (USAO_252272-73) | | | |
| 726. | 3/19/2020 Messages between 9519 and J.L. (USAO_252445-51) | | | |
| 727. | 6/16/2020-6/17/2020 Messages between 9519, J.L., and M.K.S.  (USAO_014477-14482) | | | |
| 728. | 6/17/2020 Messages between 9519 and M.K.S. (USAO-014500-1502) | | | |
| 729. | 6/18/2020 Messages between 9519 and M.K.S. (USAO-014517-14519) | | | |
| 730. | 6/19/2020 Messages between 9519 and M.K.S. (USAO-014525-530) | | | |
| 731. | 6/19/2020-6/20/2020 Messages between 9519 and M.K.S. (USAO-014534-38) | | | |
| 732. | 6/25/2020 Messages between 9519 and M.K.S. (USAO-014573) | | | |
| 733. | 6/25/2020 Messages between 9519 and M.K.S. (USAO-014580) | | | |
| 734. | 6/30/2020 Messages between 9519 and M.K.S. (USAO-014618-19) | | | |
| 735. | 7/1/2020 Messages between 9519 and M.K.S. (USAO-014622-23) | | | |
| 736. | 7/4/2020 Messages between 9519 and M.K.S. (USAO-014642-645) | | | |
| 737. | 7/6/2020 Messages between 9519 and M.K.S. (USAO-014651-52) | | | |
| 738. | 7/9/2020 Messages between 9519 and M.K.S. (USAO-014665-70) | | | |

15.

| Ex. No. | Description | Objection and Reasons | Date Ident. | Date Admitted |
|---|---|---|---|---|
| 739. | 7/10/2020 Messages between 9519 and M.K.S. (USAO-014673-77) | | | |
| 740. | 7/17/2020-7/21/2020 Messages between 9519 and J.L. (USAO_252644-47) | | | |
| 741. | 7/18/2020 Messages between 9519 and M.K.S. (USAO_014721) | | | |
| 742. | 7/20/2020 Messages between 9519 and M.K.S. (USAO-014744-45) | | | |
| 743. | 7/26/2020 Messages between 9519 and M.K.S. (USAO-014783-88) | | | |
| 744. | 7/28/2020 Messages between 9519 and M.K.S. (USAO-014809-814) | | | |
| 745. | 7/29/2020 Message between iCloud and M.B. (USAO_107591-96) | | | |
| 746. | 7/29/2020 Messages between 9519 and M.K.S. (USAO-014816-17) | | | |
| 747. | 7/31/2020 Messages between 9519 and M.K.S. (USAO-014827) | | | |
| 748. | 8/1/2020 Messages between 9519 and M.K.S. (USAO_014832-34) | | | |
| 749. | 8/2/2020 Messages between 9519 and M.K.S. (USAO_014847) | | | |
| 750. | 8/4/2020 Messages between 9519 and M.K.S. (USAO_014854-55) | | | |
| 751. | 8/5/2020 Messages between 9519 and M.K.S. (USAO_014861-62) | | | |
| 752. | 8/6/2020 Messages between 9519 and M.K.S. (USAO_014868-74) | | | |
| 753. | 8/6/2020 Messages between 9519 and M.K.S. (USAO_014880) | | | |
| 754. | 8/7/2020 Messages between 9519 and M.K.S. (USAO_252677-78) | | | |
| 755. | 8/8/2020 Messages between 9519 and M.K.S. (USAO_014898) | | | |

| Ex. No. | Description | Objection and Reasons | Date Ident. | Date Admitted |
|---|---|---|---|---|
| 756. | 8/9/2020 Messages between 9519 and M.K.S. (USAO_14900-904) | | | |
| 757. | 8/10/2020 Messages between 9519 and J.L. (USAO_252700) | | | |
| 758. | 8/11/2020 Messages between 9519 and J.L. (USAO_252702-710) | | | |
| 759. | 8/16/2020 Messages between 9519 and M.K.S. (USAO_14927-28) | | | |
| 760. | 8/19/2020 Messages between 9519 and M.K.S. (USAO_14951-54) | | | |
| 761. | 8/22/2020 Messages between 9519 and M.K.S. (USAO_14979) | | | |
| 762. | 8/24/2020-8/25/2020 Messages between 9519 and M.K.S. (USAO_14993-997) | | | |
| 763. | 9/8/2020 Messages between 9519 and M.K.S. (USAO_15043-45) | | | |
| 764. | 9/14/2020 Messages between 9519 and A.L. (USAO_242443-451) | | | |
| 765. | 9/21/2020 Messages between 9519 and M.K.S. (USAO_015087-88) | | | |
| 766. | 9/22/2020 Messages between 9519 and M.K.S (USAO_015090-91) | | | |
| 767. | 9/23/2020 Messages between 9519 and M.K.S (USAO_015095-96) | | | |
| 768. | 9/24/2020 Messages between 9519 and A.L. (USAO_242456-61) | | | |
| 769. | 9/25/2020 Messages between 9519 and A.L. (USAO_242496) | | | |
| 770. | 9/26/2020 Messages between 9519 and M.K.S (USAO_015107-108) | | | |
| 771. | 9/28/2020 Messages between 9519 and A.L. (USAO_242533-34) | | | |
| 772. | 9/29/2020 Messages between 9519 and A.L. (USAO_242601-602) | | | |

17.

| Ex. No. | Description | Objection and Reasons | Date Ident. | Date Admitted |
|---------|-------------|----------------------|-------------|---------------|
| 773. | 9/30/2020 Messages between 9519 and M.K.S (USAO_ 015120-123) | | | |
| 774. | 10/2/2020 Messages between 9519 and J.L. (USAO_252744-46) | | | |
| 775. | 10/5/2020 Messages between 9519 and A.L. (USAO_242714-15) | | | |
| 776. | 10/5/2020 Messages between 9519 and A.L. (USAO_242708) | | | |
| 777. | 10/8/2020 Messages between 9519 and J.O. (USAO_243424) | | | |
| 778. | 10/9/2020 Messages between 9519 and M.K.S (USAO_015141) | | | |
| 779. | 10/9/2020 Messages between 7924 and A.J. (USAO_298218-222) | | | |
| 780. | 10/12/2020-10/13/2020 Messages between 9519 and M.K.S  (USAO_015145-47) | | | |
| 781. | 10/12/2020-10/14/2020 Messages between 9519 and M.K.S (USAO_015149-55) | | | |
| 782. | 10/13/2020 Messages between M.K.S. and C.M.N. (USAO_412197-199) | | | |
| 783. | 10/14/2020 Messages between 9519 and A.L. (USAO_242786-788) | | | |
| 784. | 10/17/2020 Messages between 7924 and A.J. (USAO_298263-65) | | | |
| 785. | 10/17/2020 Messages between 9519 and J.O., A.L., and E.L. (USAO_242368-393) | | | |
| 786. | 10/18/2020 Messages between 9519 and A.L. (USAO_242800-824) | | | |
| 787. | 10/18/2020 Messages between 9519 and A.L. (USAO_243610-47) | | | |
| 788. | 10/21/2020 Messages between 7924 and A.J. (USAO_298394-408) | | | |
| 789. | 10/24/2020 Messages between 7924, A.J., and C.M. (USAO_279685-691) | | | |
| 790. | 10/25/2020 Messages between 9519 and J.O. (USAO_243707) | | | |

| Ex. No. | Description | Objection and Reasons | Date Ident. | Date Admitted |
|---|---|---|---|---|
| 791. | 10/27/2020 Messages between 9519 and M.K.S. (USAO_015187-88) | | | |
| 792. | 10/29/2020 Messages between 7924 and A.J. (USAO_298435-38) | | | |
| 793. | 10/29/2020 Messages between 9519 and A.L. (USAO_242860-65) | | | |
| 794. | 10/30/2020 Messages between 9519 and M.K.S. (USAO_015204-06) | | | |
| 795. | 10/31/2020 Messages between 7924 and A.J. (USAO_298474-483) | | | |
| 796. | 11/4/2020-11/5/2020 Messages between 9519 and M.K.S. (USAO_015225-226) | | | |
| 797. | 11/5/2020 Messages between 9519 and J.O. (USAO_243945-946) | | | |
| 798. | 11/6/2020 Messages between M.K.S and C.M.N. (USAO_412223-224) | | | |
| 799. | 11/7/2020 Messages between 9519 and M.K.S. (USAO_015245) | | | |
| 800. | 11/8/2020 Messages between 9519 and J.O. (USAO_243988-990) | | | |
| 801. | 11/9/2020 Messages between 9519 and M.K.S. (USAO_015250-253) | | | |
| 802. | 11/9/2020 Messages between 9519 and J.O. (USAO_244018-27) | | | |
| 803. | 11/9/2020 Messages between 9519 and J.O. (USAO_244033-38) | | | |
| 804. | 11/10/2020 Messages between 9519 and M.K.S. (USAO_015255-257) | | | |
| 805. | 11/11/2020 Messages between M.K.S and A.J. (USAO_411800-802) | | | |
| 806. | 11/11/2020 Messages between 9519 and J.O. (USAO_244080-81) | | | |
| 807. | 11/12/2020 Messages between 9519 and J.O. (USAO_244144) | | | |
| 808. | 11/13/2020 Messages between 9519 and J.O. (USAO_244148-151) | | | |

19.

| Ex. No. | Description | Objection and Reasons | Date Ident. | Date Admitted |
|---|---|---|---|---|
| 809. | 11/13/2020 Messages between 7924, C.M.N. and A.J. (USAO_279714-16) | | | |
| 810. | 11/13/2020 Messages between 9519 and A.L. (USAO_242921-22) | | | |
| 811. | 11/14/2020 Messages between M.K.S and A.J. (USAO_411813-14) | | | |
| 812. | 11/14/2020 Messages between 7924 and A.J. (USAO_298521-525) | | | |
| 813. | 11/15/2020 Messages between 9519 and A.L. (USAO_242947-51) | | | |
| 814. | 11/14/2020-11/17/2020 Messages between 9519 and M.K.S. (USAO_015262-69) | | | |
| 815. | 11/17/2020 Messages between 9519 and A.L. (USAO_242957_ | | | |
| 816. | 11/17/2020 Messages between 9519 and M.K.S. (USAO_015270-71) | | | |
| 817. | 11/17/2020 Messages between 9519 and M.K.S. (USAO_015275) | | | |
| 818. | 11/17/2020 Messages between 9519 and A.L. (USAO_242969-979) | | | |
| 819. | 11/17/2020 Messages between 9519 and A.L. (USAO_242986-992) | | | |
| 820. | 11/18/2020 Messages between 9519 and M.K.S. (USAO_015282-84) | | | |
| 821. | 11/19/2020 Messages between 9519 and J.O. (USAO_244210-211) | | | |
| 822. | 11/19/2020 Messages between 9519 and J.O. (USAO_244218-26) | | | |
| 823. | 11/19/2020 Messages between 9519 and M.K.S. (USAO_015287-88) | | | |
| 824. | 11/20/2020 Messages between 7924 and A.J. (USAO_298543-544) | | | |
| 825. | 11/21/2020 Messages between M.K.S. and C.M.N. (USAO_412256-271) | | | |
| 826. | 11/21/2020 Messages between 7924 and A.J. (USAO_298577-578) | | | |

| Ex. No. | Description | Objection and Reasons | Date Ident. | Date Admitted |
|---|---|---|---|---|
| 827. | 11/23/2020 Messages between 9519 and M.K.S (USAO_015293-99) | | | |
| 828. | 11/24/2020 Messages between 9519 and J.O. (USAO_244236-41) | | | |
| 829. | 11/24/2020 Messages between 9519 and M.K.S (USAO_015302-11) | | | |
| 830. | 11/25/2020 Messages between 9519 and M.K.S (USAO_015313-21) | | | |
| 831. | 11/26/2020-11/27/2020 Messages between 9519 and M.K.S (USAO_015322-25) | | | |
| 832. | 11/26/2020 Messages between 9519, M.K.S., and C.M.N. (USAO_14474-77) | | | |
| 833. | 11/26/2020 Messages between 9519 and J.O. (USAO_244247-59) | | | |
| 834. | 11/27/2020 Messages between M.K.S, C.M.N. and A.J. (USAO_411792-94) | | | |
| 835. | 11/28/2020 Messages between 9519 and M.K.S (USAO_015340-43) | | | |
| 836. | 11/27/2020 Messages between 7924 and A.J. (USAO_298596-599) | | | |
| 837. | 11/28/2020 Messages between M.K.S and A.J. (USAO_411850-53) | | | |
| 838. | 11/28/2020 Messages between 7924 and A.J. (USAO_298609-615) | | | |
| 839. | 11/29/2020 Messages between 9519 and M.K.S. (USAO_015345) | | | |
| 840. | 11/29/2020 Messages between 9519 and M.K.S. (USAO_015346-49) | | | |
| 841. | 11/29/2020 Messages between 7924 and C.M.N. (USAO_275613-20) | | | |
| 842. | 11/29/2020 Messages between M.K.S and A.J (USAO_411856-60) | | | |
| 843. | 11/29/2020 Messages between 7924 and A.J. (USAO_298656) | | | |
| 844. | 12/2/2020 Messages between 7924 and A.J. (USAO_298662-664) | | | |

21.

| Ex. No. | Description | Objection and Reasons | Date Ident. | Date Admitted |
|---|---|---|---|---|
| 845. | 12/2/2020 Messages between 9519 and A.L. (USAO_243075-77) | | | |
| 846. | 12/3/2020-12/4/2020 Messages between 9519 and M.K.S (USAO_015358-60) | | | |
| 847. | 12/5/2020 Messages between 9519 and J.O. (USAO_244341) | | | |
| 848. | 12/5/2020 Messages between M.K.S. and A.J. (USAO_411880-881) | | | |
| 849. | 12/8/2020 Messages between 9519 and A.L. (USAO_243199-223) | | | |
| 850. | 12/11/2020-12/12/2020 Messages between 9519 and M.K.S. (USAO_015379-83) | | | |
| 851. | 12/11/2020-12/12/2020 Messages between M.K.S and L. (USAO_412031-048) | | | |
| 852. | 12/12/2020 Messages between 9519 and M.K.S. (USAO_015284-86) | | | |
| 853. | 12/16/2020 Messages between 9519 and M.K.S. (USAO_015395) | | | |
| 854. | 12/20/2020 Messages between 9519 and M.K.S. (USAO_015398-99) | | | |
| 855. | 12/23/2020 Messages between 9519 and M.K.S. (USAO_015401-08) | | | |
| 856. | 12/23/2020 Messages between 9519 and A.L. (USAO_243304) | | | |
| 857. | 12/27/2020 Messages between M.K.S and A.J. (USAO_411900-901) | | | |
| 858. | 12/27/2020 Messages between 7924 and AJ (USAO_298748-49) | | | |
| 859. | 12/28/2020 Messages between 9519 and M.K.S. (USAO_015421-427) | | | |
| 860. | 12/29/2020-12/30/2020 Messages between 9519 and M.K.S. (USAO_015433-35) | | | |
| 861. | 12/31/2020 Messages between 9519 and M.K.S. (USAO_015436-37) | | | |
| 862. | 1/1/2021-1/2/2021 Messages between 9519 and M.K.S. (USAO_015442-46) | | | |

| Ex. No. | Description | Objection and Reasons | Date Ident. | Date Admitted |
|---|---|---|---|---|
| 863. | 1/2/2021 Messages between M.K.S. and A.J. (USAO_411901-912) | | | |
| 864. | 1/2/2021 Messages between 9519 and J.L. (USAO_240597-605) | | | |
| 865. | 1/4/2021 Messages between 9519 and M.K.S. (USAO_015448-449) | | | |
| 866. | 1/8/2021-1/9/2021 Messages between 9519 and M.K.S. (USAO_015470-71) | | | |
| 867. | 1/2/2021-1/9/2021 Messages between 7924 and AJ (USAO_298749-59) | | | |
| 868. | 1/12/2021 Messages between 9519 and M.K.S. (USAO_015472-74) | | | |
| 869. | 1/14/2021 Messages between M.K.S. and C.M.N. (USAO_412301-303) | | | |
| 870. | 1/15/2021 Messages between 9519 and M.K.S. (USAO_015485) | | | |
| 871. | 1/16/2021 Messages between M.K.S. and A.J. (USAO_411924-926) | | | |
| 872. | 1/18/2021 Messages between 9519 and M.K.S. (USAO_15490-91) | | | |
| 873. | 1/19/2021 Messages between 9519 and M.K.S. (USAO_015494-96) | | | |
| 874. | 1/20/2021 Messages between M.K.S. and A.J. (USAO_411929-30) | | | |
| 875. | 1/21/2021 Messages between 9519 and M.K.S. (USAO_015500-15) | | | |
| 876. | 1/22/2021 Messages between 1328 and A.J. (USAO_411938-940) | | | |
| 877. | 1/28/2021-1/29/2021 Messages between 9519 and M.K.S. (USAO_015531-33) | | | |
| 878. | 1/31/2021 Messages between 1328 and A.J. (USAO_411961-965) | | | |
| 879. | 2/1/2021 Messages between 9519 and M.K.S. (USAO_015539) | | | |
| 880. | 2/1/2021 Messages between 9519 and A.J., M.K.S., and N. (USAO_014468-69) | | | |

23.

| Ex. No. | Description | Objection and Reasons | Date Ident. | Date Admitted |
|---|---|---|---|---|
| 881. | 2/2/2021 Messages between 9519 and M.K.S. (USAO_015543) | | | |
| 882. | 2/4/2021 Messages between 9519 and M.K.S. (USAO_015548) | | | |
| 883. | 2/5/2021 Messages between 9519 and M.K.S. (USAO_015553-56) | | | |
| 884. | 2/7/2021 Messages between 9519 and A.J., and M.K.S. (USAO_014456-58) | | | |
| 885. | 2/8/2021 Messages between 9519 and A.J., and M.K.S. (USAO_014420-23) | | | |
| 886. | 2/11/2021 Messages between M.K.S. and A.J. (USAO_412021-23) | | | |
| 887. | 2/11/2021-2/18/2021 Messages between M.K.S. and A.J. (USAO_107579-96) | | | |
| 888. | 2/11/2021 Messages between 9519 and J.L. (USAO_240637-48) | | | |
| 889. | 2/12/2021 Messages between 9519 and J.L. (USAO_240648-60) | | | |
| 890. | 2/13/2021 Messages between 9519 and M.K.S. (USAO_015564) | | | |
| 891. | 2/14/2021 Messages between 9519 and M.K.S. (USAO_015568-74) | | | |
| 892. | 2/16/2021 Messages between 9519 and M.K.S. (USAO_015579-80) | | | |
| 893. | 2/18/2021 Messages between 9519 and M.K.S. (USAO_015583-84) | | | |
| 894. | 2/19/2021 Messages between 9519 and M.K.S. (USAO_015591-600) | | | |
| 895. | 2/19/2021 Messages between 9519 and M.K.S. (USAO_015601-606) | | | |
| 896. | 2/19/2021 Messages between 9519 and J.L. (USAO_240670-71) | | | |
| 897. | 2/19/2021 Messages between 9519 and M.K.S. (USAO_015607-20) | | | |
| 898. | 2/26/2021 Messages between 9519 and M.K.S. (USAO_015628-31) | | | |

| Ex. No. | Description | Objection and Reasons | Date Ident. | Date Admitted |
|---|---|---|---|---|
| 899. | 2/27/2021 Messages between 9519 and M.K.S. (USAO_015633-36) | | | |
| 900. | 2/27/2021 Messages between 9519 and M.K.S. (USAO_015644-45) | | | |
| 901. | 3/2/2021 Messages between 9519 and M.K.S. (USAO_015665-669) | | | |
| 902. | 3/5/2021-3/6/2021 Messages between 9519 and M.K.S. (USAO_015676-700) | | | |
| 903. | 3/14/2021 Messages between 9519 and M.K.S. (USAO_015701) | | | |
| 904. | 3/22/2021-3/23/2021 Messages between 9519 and M.K.S. (USAO_015713-17) | | | |
| 905. | 3/23/2021 Messages between 9519 and J.L. (USAO_252873-882) | | | |
| 906. | 06/17/2020-6/18/2020 Messages between 9519 and M.K.S. (USAO_014505-15) | | | |
| 907. | 9/30/2020 Messages between iCloud account and Zak Weho has Addy (USAO_287902-09) | | | |
| 908. | 10/8/2020-1/0/9/2020 Messages between iCloud account and Zak Weho has Addy (USAO_287910-28) | | | |
| 909. | 11/15/2020 Messages between iCloud account and customer Brittania Hollywood George Friend Has Addys (USAO_045927-30) | | | |
| 910. | 11/8/2018 Messages between RM. and iCloud account (USAO_103037) | | | |
| 911. | 10/18/2019 Messages between R.M. and iCloud account (USAO_103078-80) | | | |
| 912. | 11/20/2019 Messages between R.M. and iCloud account (USAO_103109) | | | |
| 913. | 3/23/2020 Messages between R.M. and iCloud account (USAO_103126-28) | | | |
| 914. | 11/15/2020 Messages between R.M. and iCloud account (USAO_103132-44) | | | |
| 915. | 6/29/2020-11/28/2020 Messages between B.L.H. and iCloud account (USAO_30080-169) | | | |

| Ex. No. | Description | Objection and Reasons | Date Ident. | Date Admitted |
|---|---|---|---|---|
| 916. | 12/5/2020-12/12/2020 Messages between S.L. and iCloud account (USAO_275201-22) | | | |
| 917. | 12/5/2020-12/12/2020 Messages between S.L. and 9519 (USAO_1133815-22) | | | |
| 918. | 9/21/2020 Messages between C.C. and iCloud account (USAO_284839-40) | | | |
| 919. | 9/14/2020 Messages between C.C. and iCloud account (USAO_284815-16) | | | |
| 920. | 9/26/2020-9/27/2020 Messages between C.C. and iCloud account (USAO_284842-47) | | | |
| 921. | 10/1/2020 Messages between C.C. and iCloud account (USAO_284853-55) | | | |
| 922. | 10/5/2020 Messages between C.C. and iCloud account (USAO_284863) | | | |
| 923. | 10/8/2020 Messages between C.C. and iCloud account (USAO_284865-883) | | | |
| 924. | 12/30/2019-01/4/2020 WhatsApp Messages between H.A. and 9519 (USAO_076931-81 | | | |
| 925. | 7/7/2020 Messages between H.A. and iCloud account (USAO_059567) | | | |
| 926. | 7/9/2020 Messages between H.A. and iCloud account (USAO_059578) | | | |
| 927. | 7/23/2020 Messages between H.A. and iCloud account (USAO_059626) | | | |
| 928. | 7/25/2020 Messages between H.A. and iCloud account (USAO_059644) | | | |
| 929. | 7/31/2020-8/3/2020 Messages between H.A. and iCloud account (USAO_059687-689) | | | |
| 930. | 8/16/2020 Messages between H.A. and iCloud account (USAO_059715) | | | |
| 931. | 8/16/2020 Messages between H.A. and iCloud account (USAO_059726) | | | |
| 932. | 8/20/2020 Messages between H.A. and iCloud account (USAO_059728) | | | |
| 933. | 8/21/2020-8/25/2020 Messages between H.A. and iCloud account (USAO_059730-37) | | | |

| Ex. No. | Description | Objection and Reasons | Date Ident. | Date Admitted |
|---|---|---|---|---|
| 934. | 8/25/2020-8/28/2020 Messages between H.A. and iCloud account (USAO_059745-47) | | | |
| 935. | 8/31/2020 Messages between H.A. and iCloud account (USAO_59722-73) | | | |
| 936. | 9/9/2020 Messages between H.A. and iCloud account (USAO_59803-06) | | | |
| 937. | 9/13/2020 Messages between H.A. and iCloud account (USAO_59824-29) | | | |
| 938. | 9/15/2020 Messages between H.A. and iCloud account (USAO_59849-66) | | | |
| 939. | 9/18/2020 Messages between H.A. and iCloud account (USAO_59881) | | | |
| 940. | 9/25/2020 Messages between H.A. and iCloud account (USAO_59927-35) | | | |
| 941. | 9/26/2020 Messages between H.A. and iCloud account (USAO_59950-59) | | | |
| 942. | 9/26/2020 Messages between H.A. and iCloud account (USAO_59961-70) | | | |
| 943. | 9/26/2020 Messages between H.A. and iCloud account (USAO_59998) | | | |
| 944. | 10/3/2020 Messages between H.A. and iCloud account (USAO_60010-19) | | | |
| 945. | 10/6/2020 Messages between H.A. and iCloud account (USAO_60041-51) | | | |
| 946. | 10/8/2020-10/9/2020 Messages between H.A. and iCloud account (USAO_60065-67) | | | |
| 947. | 10/10/2020-10/11/2020 Messages between H.A. and iCloud account (USAO_60070-74) | | | |
| 948. | 10/21/2020 Messages between H.A. and iCloud account (USAO_60091-92) | | | |
| 949. | 10/22/2020 Messages between H.A. and iCloud account (USAO_60098-105) | | | |
| 950. | 10/29/2020-10/30/2020 Messages between H.A. and iCloud account (USAO_60169-182) | | | |
| 951. | 11/5/2020-11/6/2020 Messages between H.A. and iCloud account (USAO_60216-22) | | | |

| Ex. No. | Description | Objection and Reasons | Date Ident. | Date Admitted |
|---|---|---|---|---|
| 952. | 11/14/2020 Messages between H.A. and iCloud account (USAO_60253) | | | |
| 953. | 11/24/2020 Messages between H.A. and iCloud account (USAO_60272-76) | | | |
| 954. | 11/28/2020 Messages between H.A. and iCloud account (USAO_60298-302) | | | |
| 955. | 11/12/2020 Messages between H.A. and 9519 (USAO_60316) | | | |
| 956. | 12/20/2020-1/8/2021 Messages between H.A. and 9519 (USAO_60337-70) | | | |
| 957. | 1/5/2021-1/26/2021 Messages between H.A. and 9519 (USAO_60370-90) | | | |
| 958. | 3/7/2021-4/5/2021 Messages between I.D. and 9519 (USAO_007502-34) | | | |
| 959. | 2/20/2021-2/21/2021 Messages between A.B. and iCloud account (USAO_1125692-728) | | | |
| 960. | 3/10/2021-3/23/2021 Signal Messages between 9519 and M.H. (USAO_026192-209) | | | |
| 961. | 1/30/2020 Messages between 9519 and N.D.P. (USAO_093466-093478) | | | |